## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

Maxine Shepard,
         *Plaintiff*

                    v.

Rep. James Clyburn (D-SC), in his official
capacity as Congressional Representative for the
state of South Carolina,
         1500 Pennsylvania Ave.,
         Washington, DC 20220

Mark A. McGraw of the Most Worshipful Prince
Hall Grand Lodge of Arkansas,
         2906 Harding Ave.,
         Pine Bluff, AR 72601

University of Missouri, College of Health
Sciences,
         510 Lewis Hall
         Columbia, MO 65211

U.S. DIGITAL SERVICE (U.S. DOGE SERVICE)
         736 Jackson Pl., NW
         Washington, DC 20503

U.S. DOGE SERVICE TEMPORARY
ORGANIZATION
         736 Jackson Pl NW
         Washington, DC 20503,

              *Defendants.*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 0 6 2025

TAMMY H. DOWNS, CLERK

By: _____ DEP CLERK

Case No. 4:25cv198-DPM
TRIAL BY JURY DEMANDED

This case assigned to District Judge Marshall
and to Magistrate Judge Kearney

**TRIGGER WARNING:**
**THIS DOCUMENT CONTAINS HIGHLY GRAPHIC INFORMATION OF A**
**SEXUAL NATURE, INCLUDING SEXUAL ASSAULT**

### PLAINTIFF'S COMPLAINT FOR DECLATORY AND INJUNCTIVE RELIEF

Plaintiff Maxine Shepard (Ms. Shepard) hereby alleges, as and for her Complaint against

Defendants Rep. James Clyburn (D-SC), Mark A. McGraw of the Most Worshipful Prince Hall Grand

Lodge of Arkansas, University of Missouri College of Health Sciences, US Digital Service (DOGE Service), US DOGE Service (Temporary Organization) as follows:

## PRELIMINARY STATEMENT

1.      In 2018, Plaintiff filed a lawsuit against the Department of Veterans Affairs, et al., alleging on among other things fraud and concealment of facts and medical malpractice for unlawful implantation of microchips throughout her body during an experimental surgery they performed on her in 2005 at the McClellen VA Medical Center in Little Rock, AR. The surgery which was intended to repair damage to a ruptured disk in my spine, left her permanently and partially paralyzed in her left leg and has caused her problems to this day due to the microchips and unlawful access to them and misuse of them.

2.      Rep. James Clyburn (D-SC), was listed as one of the Co-Defendants in the suit as well as the appeal to the Sixth Circuit Court of Appeals, Case No. 22-1096. As the suit says, Rep. Clyburn, Va employees and other Co-Defendants were performing unlawful and unconstitutional experiments on my brain. One of the experiments involved them trying to develop a way to connect to the implants that were put inside her body by the VA. They could talk to her directly and put images in her eyes during her sleep remotely. By doing so they violated the Nuremburg Code and her rights under the Common Rule which states that all human experimentation must be done with full informed consent.

3.      One evening, as she was sleeping in her bed, an image of Rep. James Clyburn appeared before her eyes. He appeared to be in his congressional office setting sitting behind a desk. He stated to her in the video-taped communication that he was concerned that she was going to reveal freemason secrets. He failed to reveal how she would reveal those secrets since she had no connection to freemasons. His actions in Michigan opened the door to the severe abuse which she now endures in Arkansas. However, she believes Defendant Clyburn was referring to a book that was in her possession that contained ancient writings about freemasonry.

4.      The freemasons in Michigan did some violent rituals against her which Plaintiff believes Defendant Clyburn played a first hand in ordering or directing them to do. They started "working on my"

2

and opened portals in my body through pain rituals on my right knee. The pain was so severe that something opened in her brain. At this time they were able to capture part of her spirit that left her body due to the pain. They have held her in captivity and false imprisonment ever since by using witchcraft freemason rituals. *See Shepard v. Dept. of VA, et al.*

5.　　When the Plaintiff moved to Arkansas with her daughter in 2023, she experienced the same pattern and practice of abuse from the Prince Hall freemasons as had occurred in Michigan. The same "wake-up" call procedure on her neck, and the same attack on her right knee. One could rightfully assume that they were trained or had information past down to them from Defendant  Clyburn or other freemasons in Michigan due to their deeply connected network. They have identified themselves boldly by awakening her with an image of a group of them all black men, some sitting, some standing, around a long mahogany table smiling smugly.

6.　　They used this deeply connected freemason network as a cover for sexual abuse, force, threat of force, without knowledge of consent, by use of such physical strength or violence was  sufficient to overcome, restrain the Plaintiff to the point of fear of death in order to sexually assault her, "work on me" and/or put demons inside her, in violation of the Rape and Sexual Assault Code 10 U.S. Code § 920. Often referring to her as a b-word, that no one cared about her and that there was no way out from under their control.

7.　　The freemason network here in Arkansas began to exploit her for money, used her body for sex and other rituals. They began to use men who were heavily involved in the occult, sadists, her white male neighbors and black male officers of the Maumelle Police Department to provide cover for them.

8.　　On or around fall of 2023, she overheard them via the ear implants put in me by the VA, on their police scanner radio. The two black male officers said, "Go to channel three!" as they were discussing 'terms and conditions' of the sexual assaults they had planned against her. One of the terms and conditions being that they were not to touch my daughter. The Plaintiff also overheard them talking

about a list of names, and possibly the ID of these men. They used the 'wake-up call' ritual, aggravated the nuchal ligament at the back of her neck and input sexual images before her eyes during lucid, forced sexual dreams then performed the assaults. Some of the assaults were so violent they left her sore for days.

9.    By use of the police officers, the freemasons made it seem as though there was a professional purpose for the ritual sexual abuse. Some of the rituals even involved celebrities. They started calling me a b-word, said Plaintiff was their b-word and that they would never let her go and that she could not get free of them, and by these acts have committed as a form of false imprisonment. The freemasons in Arkansas have intentionally and deliberately continued a conspiracy which began in Michigan to unlawfully confine, restrain, and deprive the Plaintiff of sleep, as part of unlawful government mind control and their own sadistic experiments.

10.    False imprisonment is committed if verbal threats of harm are expressed. Such as if a person is told, "If you speak out about it, we will kill you!" or "Keep your mouth shut!" The Plaintiff has received many death threats by the freemasons and the witches they hire to facilitate their abuses. The Plaintiff was told there was nowhere she could go or no one to seek help from that they did not already have under their control. It was as if she didn't exist. A person could claim false imprisonment if a victim is initially unaware of the imprisonment, but later finds out and has suffered harm as a result. *See Meering v. Grahame-White Aviation Co. (1920).*

11.    As my notes allege, she has been repeatedly raped by the freemasons or they have caused her to be raped, as they "worked on me" for years, put demons inside her body and performed satanic rituals, and verbally abused her. They have aggravated her service-connected disabilities. Plaintiff has a hard time sleeping because of repeatedly being awakened by violent sexual dreams for the past 10+ years. Due to aggregation of the nuchal ligament at the back of her neck and spine, she suffers from migraine headaches, dizziness and memory loss. They have intentionally and deliberately kept her in a

4

constant state of fear and duress and have shown no remorse for their sadistic actions. One of the sadists even said once, "We f**ked the sh*t our of you!"

12.    Even before President Trump's inauguration on January 20, 2025, the "U.S. DOGE Service," led by White House official Elon Musk, had launched a sweeping campaign to access highly sensitive information systems and dismantle and restructure multiple federal agencies unilaterally.  *See AFL-CIO et al, v. Dept. of Labor, et al.,  Case No. 1:25-cv-00339-JDB.*

13.    The speed of these efforts is core to the Project 2025 agenda. At every step, DOGE is violating multiple laws, from constitutional limits on executive power, to laws protecting civil servants from arbitrary threats and adverse action, to crucial protections for government data collected and stored on hundreds of millions of Americans. *See AFL-CIO et al, v. Dept. of Labor, et al., Case No. 1:25-cv-00339-JDB.*

14.    Most lawsuits against Elon Musk and DOGE are concerned about external privacy of personal data. This lawsuit seeks to bar the Defendants and all their rogue agents, engineers and independent contractors they may hire from accessing any part of my external private data and personal information, as well as denying them any further access to my body internally, and remotely and hold them accountable for the harm they have caused. They somehow feel they have a legal right to do, which they do not. They have had access to my body internally to the point where one of them said, "she's definitely a woman!" As if they were examining my private parts to see if she were a man.

15.    They have repeatedly claimed to be "god" over her and that they owned her. All the defendants have used the same methods, pattern and practice to exert control over the Plaintiff, access her body, so one could reasonably conclude that at some point they all got together and conspired to violate her freedom and liberty as a person and as a woman. Even as she is typing this lawsuit, she can hear them making comments, and threats of death against her if it is filed. Plaintiff also has reasonable suspicion that Elon Musk may have used her unlawfully to develop his Neurolink brain chip.

16.     After the election, and in retribution for political differences, the GOP hired a lab in Missouri to do what they called, "political research" on me without my consent. The basis of their 'research' is for the lab to investigate or confirm my service-connected disabilities. In so doing, they participated in illegal acts of spiritual and ritual abuses that involved them connecting to my body day and night. Which the freemasons call "working on me". When they work on people, it means that they are actually putting demons inside them. The Plaintiff alleges that the lab in Missouri was there during such rituals under the auspices of doing 'political research' for the GOP, DOGE and/or Elon Musk.

17.     The name of Donald Trump and Elon Musk have been used interchangeably in messages to the Plaintiff, in order to intimidate her into complying with giving them access to my body without resistance or dispute. However, it is unclear if either of them actually have connected to her. When she disputed with them verbally by shouting at them to leave her alone, and by prayers, they repeatedly said they didn't care and that they could do what they wanted to me. During the process they tried to control, manipulate and brainwash her by saying to her "you will do as I say."

18.     Neither DOGE, Elon Musk, the GOP or the President have the authority to signal out individual veterans and have third party research organizations investigate them privately by violating their physical bodies in such a violent way by rituals, or experiment on them just to determine if they have a service-connected disability, for political revenge or just plain vibrato. Under the Common Rule and international law, all human experimentation must be done with informed consent.

19.     Accordingly, Ms. Shepard brings this action seeking injunctive, declaratory and monetary relief against the Defendants in violation of federal human rights and sex trafficking laws.

Arkansas Code of 1987 (2023) Subtitle 2 Offenses Against the Person (§§ 5-10-101-5-18-107), Chapter 18 – The Human Trafficking Act of 2013 (§§ 5-18-101 – 5-18-107), Section 5-18-103 – Trafficking of Persons, False Imprisonment under AR Code § 5-11-104 (2023) and .Electronic Harassment under AR Code § 5-71-209 (2024).

## JURISDICTION AND VENUE

20.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 1343, as this action asserts violations of 18 U.S.C. §§ 202, 241 and 1591, *et seq.*, and therefore raises federal questions regarding the deprivation of Plaintiff's rights. This action arises under federal law, specifically the Privacy Act, 5 U.S.C. § 552a, the Administrative Procedure Act, 5 U.S.C. § 701, et seq.,  the HIPAA Act, Rape and Sexual Assault under 10 U.S. Code § 920. The Court has supplemental jurisdiction over Plaintiff's related claims arising under AR Code § 5-11-104 (2023) for False Imprisonment, Electronic Harassment under AR Code § 5-71-209 (2024) and it is unlawful under 18 U.S.C. § 1385 to use military grade equipment and technology on American citizens.

21.    Venue is proper in this district pursuant to 28 U.S.C. § 1391(e) because Defendants Clyburn, DOGE and Elon Musk are (or purport to exercise the authority of) agencies of the United States.   Further, Defendants Rep. James Clyburn and DOGE are headquartered in the District of Columbia, where a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred.

## PARTIES

22.    The Plaintiff Maxine Shepard is a fifty-nine year old disabled veteran of the United States Army with PTSD-due to Military Sexual Trauma. She resides in the State of Arkansas.

23.    Defendant, Rep. James Clyburn is a Congressman from South Carolina. He is sued in his official capacity.

24.    Defendant, Mark A. McGraw is the Most Worshipful Master of the Prince Hall lodge located in Pine Bluff, AR. He is being sued in his official capacity as head of all Prince Hall freemasons in Arkansas.

25.    Defendant, University of Missouri, College of Health Sciences is a 'Missouri-based' research college who does neuroscience, mental health, and disability and other health sciences research. They are being sued due to their unlawful and consensual "political research" on me on behalf of the GOP, DOGE and/or Elon Musk.

26.     Defendant, U.S. DOGE Service ("USDS") is a federal entity situated within the Executive Office of the President in Washington, D.C. Upon information and belief, its work is directed by Elon Musk, who is reportedly serving in the Trump-Vance Administration as a Special Government Employee ("SGE"). Mr. Musk is the wealthiest person in the world, with an estimated net worth of over $400 billion. Concurrent with his tenure in government, Mr. Musk has numerous large business concerns, many of which have substantial ties to the federal government and U.S. politics. They include SpaceX, a space technology company and extensive federal government contractor; Tesla Motors, an electric vehicle company; Neuralink, a neurotechnology startup seeking to embed computer hardware into the human brain; the Boring Company, a tunnel construction company; and X, formerly known as Twitter, a large social media platform. *AFL-CIO, et al, v. Dept. of Labor, et al.*

27.     Defendant U.S. DOGE Service Temporary Organization is a federal temporary organization situated within the Executive Office of the President in Washington, D.C.[1]

## LEGAL FRAMEWORK

28.     First and foremost, it is imperative for this Honorable Court to understand the seriousness of the accusation made against me by Defendant Clyburn that he was concerned that Plaintiff would reveal freemason secrets was tantamount to a death sentence. The plaintiff was at risk of being found guilty of violation of the laws of the non-court of freemasonry body that does not have jurisdiction under Michigan or Arkansas law to make such findings. The plaintiff has the risk of all the potential ramifications of being found guilty of a crime of moral turpitude and even possibly of a felony offense by a non-court body that is violating all civil, constitutional and human rights that the plaintiff should enjoy as a citizen of the United States. *See Billings v. The Grand Lodge of Texas, Waco, 6th District Court (2024).*

---

1   Because the division of labor, personnel, authority, and responsibility between the U.S. DOGE Service and U.S. DOGE Service Temporary Organization is not clear, this complaint will simply refer to them collectively as "DOGE." *AFL-CIO, et al, v. Dept. of Labor, et al.*

29.     In 1826, William Morgan disappeared from the small town of Batavia, New York. He was alleged to have been kidnapped by freemasons and murdered after threatening to expose freemason secrets by publishing its rituals.[2] The stigma Defendant Clyburn put on me during his illegal access to my body in the middle of the night, has been like a death sentence spiritually, socially and politically.

30.     John Quincy Adams, President of the United States during the Morgan Affair, objected to the oath of secrecy, particularly with regard to the keeping of undefined secrets and to the penalties for breaking the oath. He declared, "Masonry ought forever to be abolished. It is wrong – essentially wrong – a seed of evil which can never produce any good," although he extended "the most liberal of tolerance" to Masons who joined the fraternity before the murder of William Morgan, saying that they were taken by surprise and that they took the Oaths "without reflecting" upon what they imported, or sheltering their consciences under the great names which had gone before them."[3]

31.     In todays' American society as in times past, someone who was avowed in opposition to freemasonry could lead to multiple forms of religious discrimination, violent persecution, and suppression of rights. A Presbyterian minister who was named Winter wrote in 1698:

> *"TO ALL GODLY PEOPLE…*
>
> *Having thought it needful to warn you of the Mischiefs and Evils practiced in the Sight of God by those called Freed Masons, I say take Care lest their Ceremonies and secret Swearings take hold of you: and be wary that none cause you to err from Godliness. For this devilish Sect of Men are meeters in secret which swear against all without their following. They are the Anti Christ which was to come leading men from Fear of God. For how should Men meet in secret places and with secret Signs taking Care that noe observed them to do Work of GOD; are not these the Ways of Evil-doers?*

---

2   en.wikipedia.org/wiki/Anti-Masonry, accessed on 2/26/2025.
3   en.wikipedia.org/wiki/Anti-Masonry, accessed on 2/26/2025.

> *Knowing how that God observeth privily them that sit in Darkness they shall be smitten and the Secrets of their Hearts layed bare. Mingle not among this corrupt People lest you be found so at the World's conflagration."[4]*

32.    It is no small thing to accuse someone of being Anti-Freemasonry by a man of his stature. The freemasons have accused the Plaintiff of a crime for which they believe she should never be free of their custody. It has caused her harm in that she has suffered from religious persecution at two local churches since moving back home from Michigan. One of them being Second Baptist Church, 1709 John Barrow Rd., Little Rock, AR., and St. John Missionary Baptist Church, 2501 Main Street, Little Rock, AR. At both churches, she experienced freemason rituals by those in authority in those churches similar to the one done by Defendant Clyburn in Michigan and the Masons in Arkansas.

33.    One of the rituals even involved a group of Masons from St John Missionary Baptist Church hovering over her dead body as it laid in a casket. The masons paraded around the casket in all their regalia in a solemn ceremony. There was even a Jewish Rabbi present at the ritual. While a member of Second Baptist Church, she experienced sexual assault by one of the freemasons at that church. She has also experienced religious discrimination from Francis Myles Int'l Ministries, Robert Henderson, Joni Lamb of Daystar Ministries and Katie Souza Ministries. Some of them even forbid her to say 'their' prayers in her own home before they would stop doing curses on her. Although the prayers were made available to the public, they did not want the Ms. Shepard to pray them.

34.    The Plaintiff has also suffered violent and severe occult persecution and suppression of her rights. She was not a vocal critic of masonry until they began "working on her" and persecuting her and treating her like their slave. By deliberate and intentional actions from around 2020 until now, have tried to usurp the authority of God over her life. By refusing to release her from the bondages of their rituals, they have in essence falsely imprisoned her under rules and regulations that they have no civil or

---

4    en.wikipedia.org/wiki/Anti-Masonry, accessed on 2/26/2025.

constitutional jurisdiction to make such findings. In their minds, she is guilty of a grave crime of being accused of threatening to reveal freemason secrets. So they decided to turn my life upside down.

### VIOLENT OCCULT PERSECUTION AND SUPPRESSION OF RIGHTS
**Excerpt of Plaintiffs' Notes from 2024-2025:**

Plaintiff began taking these notes late 2024. But it is indicative of the spiritual, mental and psychological abuse she's suffered by them over the past 17 years from one presidential administration to another. Just multiply these actual events that you read here in these notes times 16 years.

(2008 – 2016)   Two terms under Pres. Obama, total 8 years, illegal experimentation
(2016 – 2020)   First term under Pres. Trump, total 4 years, illegal experimentation
(2020 - 2024)   One term under Pres. Biden, total 4 years, illegal experimentation
(2025 – Pres.)   2nd term under Pres. Trump, illegal 'political research' by Missouri-based lab

All these presidents may have signed EOs, created initiatives, or done some type of brain research or political research against me without my consent. Former VP Kamela Harris vowed to stop the program on day one had she been elected president. Plaintiff will summon her as a witness.

35.     45 CFR Part 46 (Jan. 3, 2017) -- Protection of Human Subjects, The Common Rule. https://www.ecfr.gov/on/2017-01-03/title-45/subtitle-A/subchapter-A/part-46.

36.     CFR Part 46 (Jan. 3, 2017) -- Protection of Human Subjects. The Nuremburg Code https://www.nejm.org/doi/full/10.1056/.

37.     The Neurolink Brain Chip. Most all of the attributes of the Neurolink brain chip match up to the kind of experiments done on me. This article show how the Neurolink device can record thoughts on a computer system. They have the capability to take my thoughts and read them on a computer just like the Neurolink Chip. They say he asked for me specifically when doing his R&D. https://www.wired.com/story/everything-we-know-about-neuralinks-brainimplant-trial/.

11



38.     The Gruesome Story About How Neurolink Monkeys Died

https://www.wired.com/story/elon-musk-pcrm-neuralink-monkey-deaths/.



39.     85% of Neurolink Implant Wires Are Already Detached, Says Patient (Just like in the

monkeys) https://www.wired.com/story/everything-we-know-about-neuralinks-brainimplant-trial/.

**Beginning of notes:**

**12/272024**

40.     At approx. 10:30am, On this day I went to Walmart to return some items. When I left the

store I noticed two black SUVs parked at the opposite end. I saw a black man and a white woman parked

at the front door next to the food side. There was another vehicle parked right behind them. I saw a black

female on the passenger side.

41.     They both were driving black SUVs. These vehicles stood out to me because I've seen

12

them riding two or three deep past my house on multiple occasions. I believe they are part of the group who has been performing these satanic rituals on me and abusing my body. Maybe this black man was the head or leader. I heard him complaining after my prayer, 'she exposed me.'

42.     They threatened me that I should 'keep quiet after I saw a post about Donald Trump. The post mentioned that they thought he was a God. I believe they are letting theses people men and women connect to me. Possible quid pro quo, demonic deals between Democrats and GOP.

43.     I object, reject, resist the devil and especially the idolatry as they told me to keep quiet, I prayed even louder. I do not agree with the spirits of other human beings inside of me. Father, I ask your protection for me and my child. We are standing today as Daniel stood in protest to the idolatry and worship of men. We will not submit, or succumb, we resist, in Jesus name help us.

**12/28/2024, Sabbath Day**

44.     'Had enough?, This was the message I received from a white male bragging about the abuse he and others were inflicting upon me.

45.     3:08 am, I was awakened by vibrations throughout my body. I can only describe it as an assault by white men who berated me and abused me because of the white women accusations of me. The assault may have also included members of a government agency.

46.     They ride two or three deep past my home in black SUVs, and have even followed me to Walmart.

47.     "I've seen enough" is what the white man said. The question remains, what was he looking for? The witches used sorcery to put the spirit of a white man inside my body.

48.     They said they are doing illegal' political research' on my body. Father, please help us.

49.     4:19am, Message to me: "Donald Trump will be brought low. I will deal with their idolatry." He must not be allowed to have unchecked power.

13

50.    10:10 am, Black female, 'its hard to break their faith. So what she along with the white men are trying to do is break my faith and keep me in fear of them and their perceived power over me.

**1/17/2025, Sabbath Day**

51.    Today at approx. 10:10 am, on this Friday morning, I heard a white female talking to a white male. She was apparently teaching or instructing him on the curse she had put on me. The white male was instructed to call me a b-word unprovoked. It seemed like after the election, the Democrats were in the process of transferring the curse and the remote controls to my body over to the Republicans since they won the election.

52.    I could see in my spirit that they were at a fancy party standing around having drinks. Gold everywhere. The witch told the man that "She thinks we're inside her, we are not, it's something we do." The rest of their conversation was inaudible. They may not be inside me, but I can feel the demons they put inside me.

53.    The reason she said that to him was because I always pray, "get out of my body" because it sounds like they are actually inside my body. I believe they may be connecting to something the VA put inside me during the surgery.

54.    I could hear another white man say, "this woman is through, we plan to break this curst." But the white woman said she wanted it to remain on me forever.

55.    Then she said, "blessed is he that curses you." She made another statement to which I responded, Father, we love and forgive our enemies, but a curse causeless shall not alight.

56.    To the GOP, I know you hate me with a perpetual hatred. I get it. But, you must make a decision that could literally determine the fate of your new administration. I suggest you use the advise of the second man and break this curse off of me.

57.    The perpetual curse was broken, but they turned around and put others on me and strengthened them with help from outside sources.

14

58.     The white man then said, "we are going to do some things that might be contrary to your 'sensibilities.' Truly, this administration has done some things that are contrary to the sensibilities of a lot of Americans.

59.     I promised that I would not be a hinderance to their administration and blessed them.

60.     I often wonder if they are trying to clone me of use me for some other neferious purpose other than political retribution.

61.     I later heard that onr of the white men wanted to be connected to me permanently. It has been a constant struggle getting rid of these spirits both demonic entities and the white men who have raped and abused me.

62.     They said they were going to break the curse and loose me from the false imprisonment or 'spiritual captivity.' But they lied and did a bait and switch, possibly putting the spirit of another man or demon inside me, instead of my own.

63.     Though the election had just ended, a lot of the abuse had already began. They told me via V2K remote messaging that they had already put an order in play that would allow them to do 'political research' on my body without my consent.

64      They used the name Donald Trump to connect to me, instead of say, 'lock, stock and barrel' which would be a legitimate HAMM radio signal. I would hear the word 'Donald Trump' as if they were using a call sign. They did the same thing with Elon Musk as if saying either of those two names gave them carte blanche to do what they wanted to my body.

65.     They have put images of Donald Trump and Elon Musk in my eyes during my dreams.

66.     The Lord reminded me the other day of years ago when the government first started doing their mind control experiments on me. My daughter and I lived in Texas at the time. They were trying to groom me for President Putin. The VA in Texas was involved in these grooming sessions.

67.    I can remember on doctor appointments them simulating the search process for flying on an airplane. Holding my arms in the air, using the wand up and down my body by the doctor and nurse. They were preparing to fly me and my daughter to Russia.

68.    The media was also involved. It was also during this time they started using witchcraft and hypnosis experiments on me. I remember Hillary Clinton talking about it during an interview.

69.    I remember at that time around 2011, we were members of a Catholic church in Austin called Holy Cross. The priest Fr. Basil somehow got wind of it and he protested vigorously because of his concern for my daughter Anna. I was doing stuff unconsciously without knowing why, including taking the infamous picture, and buying a pink taser.

70.    I talked about this in my book, 'A Case for Freedom: Love v. Hate. I have been subjected to government mind control and various social experiments for years so don't ever expect me to act 'normal' but I object to being labeled as a b-word by Jewish-people who cursed me because of their Noahide or Davidic laws. They say they can't forgive me. This is a form of religious suppression of my rights. They convinced others that they shouldn't forgive me either.

71.    I'm not under the law, I'm under God's grace if you don't know it by now. They say they cant forgive me because of these laws. Yesterday, they flashed the picture of my vagina before my eyes as a way to try to intimidate me to' keep quiet.'

72.    I am now being abused by a white male who has developed a sick neurotic fixation on me. I am sure they shared these and other images of me to him to draw this fixation.

73.    Everyday I endure these white men saying 'you're a b-word' for no reason.    Sometimes it feels as thought they are yelling it at the top of their lungs or as if they are right in my face.

74.    Pastor Marvin Winans - I heard him connect to me yesterday on 1/16/2025 while I was sitting in the Wal Mart parking lot. I heard Pastor Winans tell the black people who had connected to

me, that they were causing embarrassment to "us." I'm not sure who he was referring to as "us." I know there was a connection to him because every morning they play CeCe Winans songs. This is a form of torment for them to playback to me things they hear me listen to or words they hear me speak.

75.     There is an evil white woman involved who shouts racist epithets at me. I must be wiser than this woman. I saw a spirit leaving this morning through Anna's bathroom. Be still and know that I am God is handling what they cannot. Your power is in your peace.

**1/18/2024**

76.     Yesterday, during a verbal abuse rampage by a white man, I asked the local police if they could hear him threatening to never leave me or do things to me if he did. They are trying to get his spirit out of me and get him to remove the curse he put on me.

77.     I asked the local police to do something and take his threats against me seriously because I know they were listening on the radio channel.

78.     If anyone wants to be angry, then I think some of your anger needs to be directed at the US government. Because of their unlawful social experiments, which have gotten out of hand and is causing me irreparable harm and my being unjustly abused.

79.     I was denied justice in the courts, and asked for an investigation or a Congressional hearing, someone needs to be accountable for all the abuse that I've suffered for the past sixteen years.

80.     I am not a b-word. They have no right to curse me and keep me in bondage.  Everyone has a right to be forgiven and given a second chance, be free to self-determine, self-associate and serve the god of their choosing.

**1/21/2025**

81.     Shortly after the Trump inauguration some white people couldn't wait to try to get to me. Early this morning around 4:00am, I heard a white witch say, "fuck her, fuck her!"

82.      I stayed up all night until about four in the morning for fear of being raped. They were

waiting for me to go to sleep. Then a white male devil said, I cant wait anymore. I sensed the black woman and the white witches and the new men they were teaching to abuse me. I started feeling pain signals in my ankles and at the bottom of my left foot. They may have activated the kundalini spirit which is inside of all of us. Then I felt something moving up my leg, a spirit of what felt like a serpent filled up inside me. Father, remove this kundalini snake spirit from me.

**1/22/2025**

83      Today I posted the latest satanic ritual abuse on Facebook.  I woke up today and felt as if a group of people (their spirits) were watching me all night. I heard a white woman say, "what say you all?" She appeared to be asking a question of the other witches, engineers or whatever they call themselves. Those that astro project, seeking, peeping, piercing into other peoples lives, their bodies, and souls.

84.      What I sensed from them was not remorse, just entitlement to do what they want and pride in thinking they have gotten away with the most egregious form of inhumanity and injustice known to modern man. The bible says that soothsayers will have their place in the lake which burns with brimstone and fire.

85.      One of the witches said wanted me to be a part of the "process." One can only imagine the thought of a selfish witch to have the nerve to ask me to be a part of any process they were involved in. I have not made posts on Facebook in a few days and did not watch the inauguration. I plan not to be a part of any process, but I ask God to cut them off from me and stop all their psychic intrusion.

86.      One white male, "lets figure this out." What they have been working so hard to figure out is how to sin and violate the rights and dignity of others. When what they need to figure out is how to love and respect the rights of people.

87.      As I was praying in the prayer room with my daughter, I could feel discharge coming from my body. A voice of a male said he wanted to solidify something, maybe a connection to me as

his slave. This demon raped me. I could hear black male and black woman as if the were watching and listening. As if they handed me over to Satan and they watched me being raped by demons.

88.     The Democrats are also keeping silent. All I have is my faith in God that this evil transaction will not go through and nothing will be 'solidified.'

**1/23/21025**

89.     The Defendants will try to use the defense that I have cursed them. I have not. All I do is pray the word, the curses may come upon them because of their own evil deeds.

90.     I could see a group of white men in my spirit. They are all sitting around looking like pedophiles, vultures, psychopaths. The white man said today that he was my 'god' which is blasphemy.

91.     My blood pressure is up a little. As Anna was checking my blood pressure I could hear the white man or devil say, I was built like a ...(inaudible).

92.     May God punish these men for what they have done to me. They have been trained to call me lazy. The truth is, the longer God delays justice the more it takes away my motivation to do anything. I can hardly focus and sometimes the pressure is unbearable. I know it is due to the repeated ritual and sexual abuse, first by the blacks and freemasons and now by the GOP.

93.     They've started playing the song, "god himself is with us", which makes me think some of the abusers are Jewish. Thats what the Jewish witches said. They claimed God gave me to them as their possession. That way of thinking may just be based on the Talmud. According to the Talmud, anyone not of Jewish descent is like cattle to them.

**1/24/2025**

94.     See also Jehovah Complex, a neurosis of egotistical self-inflation, cult of personality, egoism, sycophants. One thing this psychopath said was, the curse of blasphemy. It seems like he was laughing at God and enjoying blaspheming against him. God does not need my help defending himself against this devil.

95.     Mind control, god complex, this is America that is turning its back on God and choosing to cover up a grave injustice, to what end? The destruction of souls and an entire society. Jer. 6:16. Voice of black male," you are not her god!" "You don't have to do what he says anymore."

96.     He sounded like the voice of the one who calls me Ms. Shepard. I often wonder what it will look like for them on judgment day when they stand before the true God. Will they have to give account for keeping quiet and actually making an oath of silence?

97.     They have some telecommunications system set up to listen, monitor me. I also believe some of those involved are part of the VA. They called what they did to me "their life's work." Father, I pray that you will remove this satanist from me. He wants attention from me online. He will not get it. You deserve all my attention. May you remove all of these demons from me. Let them not have their way. Psalm 35, Stop their way, in Jesus name I pray.

98.     Things like freemasonry, omega psi phi, clicks and tribes have separated us unnecessarily. So the white man with all his inferior genes puffs himself up to be god and attacks a black woman whom they know doesn't have a lot of help, while blacks in the highest levels of power here in America and Africa, turn their backs.

99.     This is why they hate me and oppress me. It's inhumane the label they put on me. But to add insult to injury, they sadistically developed a way to connect to my eyes and brain. So on no occasion am I ever allowed the dignity of privacy, not even in the bathroom. As I am typing, the witches are reading. As I am talking, I hear them making comments. As I am polishing my toes, "she's taking care of herself." If I am in the bathroom, they comment on my body. They are able to see what I'm doing and hear what I am saying. It seems as if they never turn off the cameras and mics so to speak.

100.    If they think I deserve this, I wonder what God feels they deserve for their sins.  Is he okay with it, or will they rot in hell for abusing another human being in such a way, and on occasion using his name as a stamp of approval, or even pretending to be god himself.

**1/24/2025, Sabbath Day**

101.     The god complex. He has gone from a psychopath to having a god Complex. A god Complex is one in which a person has an "unshakable belief characterized by consistently inflated feelings of personal ability, privilege or infallibility." Wikipedia. I believe that is the name of the covert government experiment. It is meant for the government to infiltrate peoples live and pretend to be god over them.

**1/25/2025**

102.     At approx. 11:45 pm on this day I was sexually assaulted by a demon. He had horns on his head and a white face. Just a few hours before the witches or gov. agents or freemasons started working on me. The sent pain signals to my knees, left and right.

103.     Then I felt pain on the left thigh as if they were trying to dig a hole in it. This made me susceptible to this demon. They have also been putting pins in my rectum. I heard the witch that has been playing the song, "have you own way" by an African gospel singer. She said they wanted to kill me softly. They will not succeed. I believe God hears my prayers and will stop this wickedness. I prayed and bathed immediately afterwords to renounce this ungodly act.

104.     Father, may you bind up that demon and send it to the deepest of the abyss. May you give a final warning to those who are oppressing me before pouring out your wrath upon them as you did Pharaoh who refused to let the children of Israel go. I shall live and not die, in Jesus name.

105.     I want this secret to be exposed. I could hear the one who calls me Ms. Shepard talking to one of the witches or 'engineers' as they call them. "She is being harmed by this!"

**1/25/2025**

106.     I remember a dream I had years ago while in Michigan. I saw an image of my ex-husband. He was begging me to forgive him. I immediately said yes of course. What he was asking me to do was to forgive him for was cursing me for divorcing him and moving out of state with our daughter. After I said that I forgave him, I saw his head being put in a guillotine, then the top falling down. His head was

chopped off. When people put curses on others using voodoo, they may get some gratification from watching people suffer, but they will pay in the long run. Being beheaded and begging for forgiveness by those they cursed is just one penalty they will suffer.

107.    It is their intention Father that I never be set free from this captivity. O Lord make haste to help me. Unleash your divine justice and your arrow of deliverance. I will be free from the powers of Satan unto God.

**1/26/2025**

108.    I was sexually assaulted by a group of white males, approx. 20-30 years old, mischievous. They seem to know what I will say after they do these evil deeds, because they've been doing this evil and watching me so long. I refuse to let them break me. Father, I pray that you will set me free from this sexual abuse. If any humans are involved, forgive them and break the curse of my life today, in Jesus name.

109.    This morning at around 7:00 am, I felt punches in my stomach. This is something the Democrats used to do in Michigan. They would drop stuff down on me. I know they are still in cooperation with the GOP in abusing me. Father, whatever spirit, whatever they put in my stomach may it wither and die. Please remove every human and demon spirit from me.

110.    They promised to release my own spirit back to me that they captured. Yet I pray you remove out of my body every spirit they put inside me. May you come now with your arrow of deliverance and divine justice. Let not my body be tortured and abused anymore.

**1/27/2025**

**111**.    Approx. 1:30 pm, We f'#ckd the sh*t out of you!", black male.

112.    I felt pressure on my stomach. A white female witch tried to curse Anna's online store as she worked on her online website. They tried to curse my daughter for no reason. She has never hurt a soul since she's been on this earth. A curse causeless shall not alight. May God protect us.

113.    They have not shown any remorse for what they have done, may none be shown them.

114.    I can hear a voice inside me trying to complete my sentences. The back of my neck is pounding. I have a migraine headache and tinnitus in both ears. I believe they have put the spirit of another human being inside of me. I can hear them trying to finish my sentences as I speak. [5]

115.    There is drainage coming from my private parts. Sometimes the sexual assault happens as I am going about my day.

**1/28/2025**

116.    6:15pm, I was sexually assaulted by a white male, he spoke under his voice in a muffled, called me his b-word. There is discharge coming from my body.  Father, let there be no more assault on my body. No ROI (Return on Investment) as one of the white males once said.

117.    My blood pressure is fluctuating. They are trying to blame it on my lifestyle, but it is clearly due to their repeated and prolonged abuse. Father, I pray that you will put an end to this before they kill me. Soft kill as they call it. I shall live and not die.

**1/31/2025, Sabbath Day**

118.    Today, my daughter and I went shopping at Kroger on Rodney Parham. I saw two white women possibly taking pictures of me on my cell phone, they do this to tell other white people where I am. They did the same thing in Colorado under the auspices of a police program. Public scorn and ridicule.

119.    I was sexually assaulted before I left home and twice while at Kroger's. The rapists called me a b-word before the assault. The witches facilitated the abuse, pretended to care about what was going on.  May every rape be counted as sin. May you remove this curse that the freemasons, the Democrats and Republicans put on my private parts and cleanse me of any infections, disease these demons have caused.

---

5. https://www.ohchr.org/sites/default/files/Documents/issues/Torture/Call/Individuals/

120.    I want to express my sadness regarding the 67 souls that have died as a result of the plane crash in or near Reagan airport. An American flight crashed with a Black Hawk helicopter. The people on the civilian flight were figure skaters. At around 11:30pm I was awakened by a vision of a plane crashing right across the street in the intersection. I turned on the ABC news a few minutes later and it was reported that a small plane crashed right in the middle of a street in Philadelphia. I don't believe this was a coincidence. I believe God intentionally showed me this. Even in the midst of the trauma and drama, God is able to get some light through.

121.    Dreams are important. It's how God communicates with us. Those in the occult know this. That is why for the government to create a prolonged conspiracy (16 years) to attack me during my sleep and in my dream. This is also an attack on my faith. Father, I pray that you will remove the monitors, the human decrees to monitor my dreams out of the way so that I can receive divine revelation directly from you, and not by them.

122.    Remove the gatekeepers, human or demonic. Set me free I pray, in Jesus name. I think the government is aware of my spirituality and have endeavored for years to stop the flow of Holy Spirit power from flowing freely through me. They have denied me my religious rights and freedoms and have drawn all this filth to me. May God free me from this oppression and slavery.

123.    It's a disruption of Divine Order. To abuse people for so long and refuse to release them from unlawful captivity, is to disrupt the divine purpose and plan for their lives.

124.    They believe they can harm someone today and move on as if nothing happened. They cannot stop the spiritual law that is put into action the moment they make an effort to control, manipulate or dominate others.

125.    The seeds they plant will one day reap a harvest that will be a bitter one. I believe it is the plan of the government and their evil sadistic witches, to kill me softly. I remember during covid when they thought I was going to die. They sat and watched. But each day, I got stronger and stronger

just by eating chicken soup, drinking orange juice with Emergency packets mixed in, and rest. I believe most people died from COVID because of the AIDS drug that was mixed into the covid vaccine.

126.    This season which was not meant by God to last forever, is also not meant unto death. Although they have tried unsuccessfully for years to send death curses on me. The curses and the effects are weakening so that why they have to keep stirring up the parts of my past so that people find it hard to forgive me. Witches need hate to survive. They are dying, but I shall live.

**2/1/2025**

127.    Father, I can hear the black witch and the wizard or warlock, human agent of Satan. I believe he is a freemason. She's trying to teach him to program negative words into my subconscious. Father, I ask you to come into my mind and deprogram whatever these souls are trying to program into my subconscious mind. I reject it. I'm not his b-word. Let your divine justice come and restore my brain back to it's original state. I ask judgment upon them and that you disconnect them from me in the spirit and natural realms. God help me.

128.    I break the curse these witches have put upon me. Today, they were training another devil to look through my eyes. I could hear him say that he saw me lighting a candle. The black witch was helping him. I saw in my spirit a white man with black hair. He looked very much like my neighbor. They have purposed on this day to abuse me. I am being sexually assaulted.

129.    Father, may you stop this wickedness. The black man said, this will not continue. He is lucifer. He is the one who keeps letting these white men abuse me. Father, we forgive them, and we leave these violent abusive men and women to you on this Sabbath day.

**2/3/2025**

130.    Today, Tubal Cain woke me up very gently this at approx. 2:00 am. I'm sure it was because someone else was watching the process of him vibrating the nuchal ligament in the back of my neck. As he woke me up he did so while forcing a demonic dream of my child into my eyes and while yelling at me, "I'll never let you go you bitch."

25

131.    I could hear the white witch say in the background, "see this is not life threatening," There may have been someone there watching them because of a Facebook post around this time.

132.    However, the night before they were literally putting images in front of my eyers of AI cartoon characters, voodoo witch doctors and a witch with a snake in her hand that seemed to chase a group of young people away that were tormenting me.

133.    I woke up with a migraine headache and could not go to church because of dizziness. There was also another voice that said clearly that he should not be doing what he was doing. I am now unable to return to sleep. My bed pillow is vibrating and I don't feel comfortable trying to go back to sleep. My vagina is also vibrating due to his putting something in my body.

134.    He is afraid of getting sued, but earlier he talked about whether or not I had proof with a group of black men sitting at a table. I am going to proceed regardless, because they do not have the right to do this to my body. He does not have the right to act as if he is god over me.

135.    2:48 am, God is with you, we are with Satan was the message I received while thinking about God and why he has allowed this wickedness. I believe part of this wickedness has to do with them using me to create some AI technology or for Elon Musk or due to government brain research.

136.    Father, at approx. 8:00 am, they transferred a human or demon spirit  into my body. He saw me in the bathroom while I was undressing. I heard a group of women talking. One of them said  this was his responsibility. Father, I do not want this man inside me. May all the witches who keep putting these spirits inside me be judged now.

137.    Father, give us power over them. Send your love to us. They also played gospel songs and sang them, as a form of torment as they woke me up.

138.    I sent an email to the white Grand Lodge of the Freemasons to do something about the local freemasons who have been abusing my body. I also posted open letter about this on Facebook.

**2/4/2025**

139.    I declare my body belongs to the Creator God of Abraham, Isaac and Jacob and that Jesus Christ died and shed His Blood for me on the Cross. The attacks during the night have decreased since the open letter, but they have not stopped altogether.

140.    I can still sense people connected to me. Sometimes they speak and respond to my thoughts. They are very possessive and one of them claims he shed his blood for me, another said they'll stop when they are good and damn ready (white male).

141.    I woke up this morning around 5:30 am, and my spine, shoulders and neck were vibrating as if they were drawing energy from my body. I claim the Blood which overrides human blood oaths. Isaiah 28:18. My blood pressure goes up and down, I feel like I have to hide my pain from them so they don't see me cry. They take pleasure in seeing me cry or causing me fear.

142.    But I have feelings, and I am being irreparably harmed by them. They still connect to me during the night like vampires, saying they "need my energy." That sounds like demons. Praying Ex. 6`6. I believe God is fighting for me and will come with great judgment.

143.    It is worth noting that I often feel pain on the right side of my head on a daily basis. It is where the VA may have put a microchip or brain implant. There is a scar on the right side of my skull that was not there before the surgery in 2005.

144.    Close me back up Father. Heal the breaches in my mind, body, spirit and soul. Close up my Chakras. The crown chakra, the third eye chakra, the throat chakra, the heart chakra, the solar chakra, the navel chakra, the root and genital chakra, in Jesus name.

145.    From the obstinate, unrepented, stubborn, merciless and cruel men, who said they'll close it when they get good and damn ready, deliver me. Make them ready now Father. Close me back up.

146.    I confess God's promise to me that I would have so much money that I wouldn't know what to do with it; that I would have ten lawyers; that there would be an outpouring of love and support for me. I reject all demonic programming in my mind that idolizes or supports the POTUS or the GOP

or any political party. Father, I ask that you deprogram my mind from all that they have or would like me to do, let my will lineup with your will.

147.    I can often feel vibrations coming from my lower spine where the VA doctor put the incision.

148.    11:40 am, I allege illegal remote neural monitoring 24/7 by freemasons, possibly members of the GOP, and/or members of the Maumelle community, once called "engineers." Harassment from white males. They said that if I sued them, they laughed and said they would try to destroy me.

149.    Maumelle Police involvement previously disclosed on Facebook that they had lists containing the names of white males, terms and conditions on their abuse of my body, copies of their license plates.

150.    I know the police routinely overheard or listened in to conversations and after listening to my pleas for help one night they responded and said, "there's nothing we can do." On or about 12/2024.

151.    If they are doing remote neural monitoring, they must be using the brain implant put inside me by the VA. Request copies of financial records. Subordinate and parent structure.

**2/5/2025**

152.    At approx. 5:00am, I felt a pinch in my left hip. I believe I was injected with something. They may be using my body for more unlawful research purposes. I felt a lot of vibrations in my body and I believe they did another bait and switch and put the spirit if another person inside my body instead of my own.

153.    They played my song over and over in my head, "Straight Talk" and harassed me all night. Why are they holding my spirit? What did they inject into my hip? Father, do something.

**2/7/2025, Sabbath Day**

154.    At approx. 5:00 am, I was awakened by vibrations at the back of my neck. I went into the prayer room to pray. I could hear various people start berating me calling a bitch. This verbal abuse

continued while I was praying and as I was walking about my home. Both men and women. At one point it felt the voice of one of them was coming from within the frontal lobe of my brain.

155.    I believe the white males may be part of the GOP. Trump just proposed an EO to protect Christians, but they don't seem willing to help us, and may in fact be participating in the verbal attacks against me.

156.    They continued the abuse while I sung praise and worship music with my daughter. At approx. 11:00, the verbal attacks stopped. That's approx. 360 straight minutes of men and women screaming in my ear, phrases such: you bitch, my bitch, and slave.

157.    I also felt during this time my vagina opening up and discharge coming from this area of my anatomy, which may have facilitated some demonic sexual assault. I prayed that God would close my chakras back up. This is something they did often to punish me. This time it may have been for the song "Straight Talk."

158.    I am being spiritually abused by men and women in the GOP, which is due to the actions of freemasons. This prolonged and sustained abuse which has been going on since the Obama administration (two terms), Trump (first term), Biden, and now second time with Donald Trump, has caused me irreparable harm.

159.    The freemason admit that it was in 2020 when they did the ritual which I alleged happened in my case against the VA, *see Shepard v. VA, et* al, in which they caused so much pain that   opened up a place in my brain. It is this freemason ritual/curse that they are using to open up my vagina and parts of my brain making me susceptible to the verbal abuse.

160.    Since the first day and even before they took office, the abuse by the GOP started, retaliation for disagreeing with Trump. They don't care how cruel the abusers, engineers they send to me are to me. One of the witches said, "have your own way". Another one said, "blessed are they who curse you." I posted this statement on Facebook.

161.    I was verbally abused intermittently by white males who sometimes yelled at me, "YOU BITCH!." After braiding my daughter's hair we left to go downtown. I stopped by the federal building to pick up a form to file the lawsuit and asked the clerk some questions. After I left I could here them talking. "O she going to make a federal case out of it.

162.    About ten or twenty minutes later, they must have called the Prince Hall freemason, a black male who gave them instructions not to rape me anymore. Still another ten or twenty minutes later, I hear a white female say, "ok y'all have abused her enough."

163.    I allege that they are either using remote neural monitoring, or sorcery to connect to me, or a combination of both. For the remote neural monitoring they would have to have government cooperation which would make them contractors like the neighbors in Michigan. *See Shepard v. Dept. of VA, et al.*

164.    As such they will be considered federal contractors in this new lawsuit. These notes will be submitted as evidence. One of the last things I heard one of the white males say is, "well, she's definitely a woman." This lawsuit could be a blow to freemasons worldwide.

165.    Approx. 10:30pm, Prince Hall freemason: "Don't do this!"

166.    Approx. 11:00 pm, White female, "It was us all along" Trying to deflect blame from the freemasons.

**2/8/2925**

167.    Approx. 7:30 pm, I heard a white male tell the other men that were in the room: "You're getting sued, we may be able to help you with this."

Apparently, he was speaking to the Prince Hall freemason who were 'working on me' at the time.

168.    6:00 pm, Message: "You shall get the justice that you seek," saith the Lord.

169.    4:28pm, About an hour ago I forwarded the email that I sent to the Grand Lodge in Little Rock to the Prince Hall lodge in Pine Bluff, Ar. To a Mr. McGraw. They are taunting me by playing a gospel song over and over in my head, "It won't always be like this."

170.    3:05 pm, Bitch! "Keep playing with her!"

171.    2:24pm, I could still sense them connected to me so I asked the black freemason his name. He refused to tell me and instead yelled at me that he wouldn't pay 'that bitch a dime."

172.    1:47 pm, I can feel something inside my body. I heard the voice of a freemason say they would not leave me or release my body from their satanic custody because they didn't want things to get out of hand. Seriously!  I think it's too late to wonder if things have gotten out of hand.

173.    I think they mean they want to save themselves embarrassment. This amounts to unlawful imprisonment since 2020. They put another demon in my body. I could feel it moving inside my vagina.

174.    I heard a witch say this morning they wanted me to pay for my sins forever. Father, your words says, this is not allowed. When we confess our sins you forgive us and that sin is covered under the Blood. Father, please give me indisputable proof I need this time.

175.    10:30 am, As I am typing these words, I can hear the witches say, "that's her opinion." Another one said, "She's (referring to the Plaintiff) right." Some of them have the wrong thinking that I still owe them something or that I don't have a right to be forgiven or be free.

176.    At some point, I think they were even doing public surveys to see what the public had to say about me being set free of what must be a public curse. I could hear them say that I was getting more sympathy and at times people still had apathy towards the situation. That's Socialism. A person's liberty should not be called into question by surveys or public opinion.

177.    Those in the occult, or freemasonry often use fear to trap their victims. For me, it has been my VA disability benefits. They've used this as a weapon threatening to take them away. The back of my neck and spine is throbbing since the attack at 8:00 am.

178.    They've been using the nuchal ligament at the back of my neck and my spine which is probably inflamed, as a point of entry. They are using the same technique that was used in Michigan. They are exacerbating my service connected disabilities.

179.    I was raped in the military; by putting demons in my body to rape me they are also exacerbating that disability as well.

180.    8:00 am, I was severely attacked by a group of black witches this morning. I heard one of them say, they (the Democrats) used to do this perversion on my body to get energy from me. They've cursed me and abused me for years. That's why it came to a point when Rep. Clyburn had some other Prince Hall freemason to do the ritual in Michigan, around 2020, to capture my spirit and they've been abusing me ever since.

181.    They then networked with local Prince Hall freemasons in my home state of Arkansas. He calls himself 'god.' I feel violated as you will not believe.

182.    They (Democrats) are now feeling lost because of the current administration. During the abuse this morning the witches were raving about some minor sin as the reason for the attack, but while they were abusing me, I began to feel a discharge from my body.

183.    So the black male Prince Hall freemason raped me while I was being distracted and rebuking the witches. They blamed me afterwards. I begged them for years to stop this depraved indifference in my previous court case, but they

 get out of hand to the point where it is now, with the freemasons putting demons inside me, raping me and now trying to claim me as their property, as their slave.

184.    And I've suffered abuse from the GOP as well. I think the black freemason ties can be traced back to Rep. Clyburn who came to me in a dream and expressed concern that I was going to disclose freemason secrets. *See Shepard v. VA, et al.* Since the Prince Hall freemasons and witches here in Maumelle are attacking me just like the witches and Sen. Clyburn did to me while I was sleeping in my bed in Michigan, one can rightfully and justifiably conclude that there is a clear connection between the freemasons here and Sen. Clyburn who is also a freemason. This alliance is now producing a conflict of interest with his position as congressional representative of SC. 18 U.S.C. § 202 *et seq.*

185.    They have a history, pattern and practice of recruiting my neighbors, using the FBI from Texas, Colorado, Michigan and now Arkansas and may have been using tax payer dollars.

186.    Approx. 1:00 am, a white male and angry, evil and hateful white female have connected to my brain. They torture me by repeating words of my song saying I "need help" which are lyrics in my song "Straight Talk" Deflecting blame off themselves for the inhumane experiments being done against me against my will. The white female is the most evil and hateful. Always saying, "we don't care."

187.    Approx. 12`00 am, "The program has been defunded.

188.    'Consistent, this is a word I would hear frequently. During their mind control and monitoring, they would have different people watch and see if I would do things on a consistent basis.

189.    If they noticed I was doing things on a consistent basis, they would say, 'consistent, if not they would say, 'inconsistent.

190.    When doing any kind of experimentation, collecting data is dependent on the type of experiment. Checking to see if a person was consistent in their behavior reveals the type of experiment.

191.    They try to put thoughts in my mind.  It was intrusive as if the male voice was trying to get me to think negatively about people and situations.

192.    The government is doing experiments in which they can connect to a persons mind from anywhere and inject thoughts into that persons mind that may or may not be in line with what that person is thinking.

193.    Approx. 12`10 am, I was violently awakened by a dream manipulation. They had it appear as if I punched a man in the face with a mechanical boxing glove. White female, "You can use it,"

194.    During my sleep they would harass me in different ways. Sometimes they would have witch doctors throwing dust into my face, witches chasing people off with snakes, people attacking me cursing me as they had during the day. What she was saying was that I could use the boxing glove to hit them.

**2/9/2025**

195.    My blood pressure has been going up. My body is under a tremendous amount of stress. It has also started to cause stress to my daughter unnecessarily. If anything happens to me, you know they'll try to say it is entirely due to my lifestyle, not the satanic rape, their constant verbal and physical abuse, not to mention their 24/7 remote neural monitoring of my brain for the past ten+ years and their aggravating the nuchal ligament at the back of my neck every morning, or their putting demons in my body.

196.    I was sexually assaulted on the way to church today in North Little Rock, by the freemason and their witches.

197.    These attacks has caused harm with my relationship with my daughter. She deserves to have her mother live, and to have a normal life. They've all but taken that away.

198.    They are would be murderers. Have you ever looked into your child's eyes and you could see the distress behind them. I think she worries sometimes that these people are going to kill me. I shall live and die.

199.    Father, may I outlive all of my enemies. We can all now clearly see, it wasn't the Democrat that posed an existential threat to democracy. I pray this nation would rise up and stop this wickedness that's going on. I shall live and not die.

200.    God, help me. I close the door to fear. I pray for your spirit of love, power and a sound mind. Strengthen my hand, Lord.

201.    Approx. 6:00am, I was awakened by a male voice that said to me," you will do as I say." I got up and went to my prayer room and prayed from 6:00 am until 10:00am. The white freemasons where involved in this. "You're getting sued but well see what we can do." This was their way of helping them, by trying to manipulate me this morning.

202.    They left and I could hear another group of men. I started praying and rebuking them. While I was getting ready for church, I could feel some discharge coming from my body. The Prince Hall freemasons orchestrated a ritual, I was sexually assaulted by one of them.

203.    The ritual did not have any binding effect. Afterwords, I could hear him play this song, "it won't always be like this..." This is one of the worship songs that me and my daughter sing. What they do is replay those songs in my head as a form of torment, especially after they have sexually assaulted me.

204.    12:06 am, I will not have to live with this demon inside me forever. It's coming out.

**2/10/2025**

205.    They blamed me for upsetting them. According to them, it's my fault that they have to curse me. I see in my spirit a white male with black hair and beard, thin build. He has been making negative comments about what he sees me doing. I have no privacy even in the bathroom. The govt. has helped them develop a way for them to see through my eyes. *See Shepard v. Dept. of VA, et al.*

206.    I explained that they did some ritual on my eyes and I woke up with my right eyelid swollen. He is reporting back to the white witch things that I am doing, "O, I don't care about that," she says. It's spiritual slavery.

207.    At approx. 4:00 am, I was violently awakened by the racist white witches. I felt swelling in my vagina and the back of my head. They may have put another curse on me and/or put a spirit of a man inside me.

**2/11/2025**

208.    5:40pm, Today, we went to Kroger's to buy water. We parked in the parking lot and waited in the pick-up spot. The employee asked me if I wanted the groceries in the front set or in the trunk. I said, "back seat please, then I popped the trunk." I couldn't remember if I said I wanted them in the trunk or the back seat. It seemed as though my brain just stopped working at the time.

209.    Then when we left the parking lot I asked my daughter where the chocolate was. If she had bought it. She said, you said you didn't want it. I also forgot that I had changed my mind about chocolate. I think the sustained abuse and experiments on my brain are causing some irreparable damage.

210.    My hair is breaking out and getting very thin. My temper with my daughter is short, but I try to control it because I know it's not her fault, but the result of the years of prolonged freemason rituals and sexual abuse.

211.    These violent men keep saying that they own me, and have raped me several times, called me the b- word constantly. I posted a song on Facebook and Youtube© today called "Freedom from Freemasons." I included the Jews, Democrats, GOP who have all oppressed me and abused me.

212.    5:35 pm, A white female said that I was in rebellion against Donald Trump. Not so, we can only be in rebellion against God. Lord, humble this prideful and idolatrous spirit. "We are witnessing the decline of common course, "We will not be bullied." President Cyril Ramaphosa. Feb. 6, 2025.

213.    I woke up around 4:30am, did some house cleaning prayers to remove spirits. At around 8:00 am, I heard the voice of a white male telling me he represented a certain group of people I believe they call themselves "we the people." He cursed me and called me a b- word without any provocation.

214.    These social experiments, political and social vengeance has gotten way out of hand. May it not continue. I appeal to the Court for justice for this grave injustice.

**2/12/2025**

215.    I was harassed by a group of stubborn witches, possibly Jewish. They allowed a white male, black hair, wearing all black suit to connect to me. I saw him sitting in a chair with his legs crossed looking very proud of himself. He raped me and watched me bathe. He taunted me by saying, "rub a dub dub, three men in a tub," as if he was in the tube with the Plaintiff. This was a real demon or a sadist.

216.    The black male listened and watched and said nothing, but pretended to rebuke him. I saw one of the satanic witches coming in and out of my laundry room wearing a white garment. This is why

I do house cleaning to pray against things they've done while I am sleeping. They are working together with the freemasons.

**2/13/2025**

217.    12:00 pm, I was sexually and verbally assaulted by the black witches. They kept playing a song in my head, "God has spoken let the church say amen." I am feeling nauseated, discharge doming from my vagina due to the demonic assault that these black witches orchestrated.

218.    6:00am, A group of Republican, Jewish, and/or Democrat witches, "we're not going to stop because we want you."  They want to "scale down" their attack because they are now getting backlash.

219.    Father, may you give me complete, not scaled down deliverance. Strengthen my hand against them.

220.    Satan: "I never met a freemason I didn't like!"

**2/14/2025, Sabbath Day**

221.    I woke up this morning and saw myself fi

They appeared to be using the response of my thoughts to develop the characters response in the AI video game. Elon Musk has a similar technology with his brain chip. A person can think of something, and the thoughts of that person are displayed on a computer screen, with voluntary involvement.

222.    I have not given them consent to develop any kind of AI technology and/or video game using my image or likeness.  The witches that stalked me at St. John Missionary Baptist Church said they wanted to develop such a technology. "Open your legs!" they would say as I was sleeping. I could see a computer screen and an image of a woman with her legs bent and spread wide open. So they have indeed tried to develop AI or a computer program using my body.

223.    The only excuse they have to keep me bound is my past. They refuse to forgive me for things I did 20, 30, or 40 years ago that had nothing to do with them.  When I try to rest and heal from all this abuse, they say I'm lazy and curse me all over again.

224.    6:00am, The freemasons allowed me to be abused by a group of violent black witches. One of them pretended to be a prophetess. I get the feeling they are meeting at the same place where the freemasons meet and it seems they are the ones in control of the effigy or doppelgänger, or voodoo doll that they are using to connect to me.

225.    They put demons in my my vagina. Then they worked on my left thigh. I could feel a needle prick in my left thigh. The Prince Hall freemason then said, "O they won't curse you again." He was laughing as if it was a joke.

226.    It is their consensus that I will not be able to file suit against them. They have shown no remorse and may be exploiting me for money, causing me to be raped and verbally abused. My blood pressure is changing and I feel pressure on my heart and have migraines daily. They have caused me a great deal of public shame and ridicule.

227.    It must be noted that even if I were to move around the house sometimes, the connection on my body would be so strong that it would takes 30 minutes to an hour to stop it. I've tried everything humanly possible to stop them.

228.    I was bombarded with Facebook posts from Samuel L Jackson and Kendrick Lamar. One of them said, 'consequences' So I made a post in reply to them threatening me to keep quiet about Mr. Jackson. Mr. Jackson has maintained his innocence and that he has not done anything to me. I received or heard a message from a black male a few minutes later, "I'm not messing with her, but I will though if she keep f*^ kng with me though."

229.    The Facebook post was deleted per his request. Not before them contacting him. The question remains, how did he get access so quickly to send a message to me or to them? Who called him? What other connections do they have to other celebrities? Is it through a Prince Hall freemason network?

230.    I have also been hearing a black male who plays an old negro spiritual, "sweep around your own front door before you sweep around mine." ??? I have no idea about the logic or illogicalness of this?

231.    Another one plays, "God has spoken, amen." The god of freemasons is lucifer. It is clear that these are black people, freemasons and the witches are helping them in some way to keep me bound by continuing to curse me.

232.    Is Samuel L Jackson not a freemason? As is Rep. James Clyburn. The God of Abraham, Isaac and Jacob wants me to be free. I am being harmed by the sexual assault and ritual abuse of my brain. I taste blood sometimes when I swallow. Have headaches and migraines.

233.    I am looking into healthcare outside of the VA. I am concerned about brain damage due to the unconstitutional, illegal, immoral experiments on my brain, and the many rituals and the invasion of my home by demons and witches.   They threatened me that I should "keep my mouth shut."

234.     My brain feels like it is about to explode. They also appeared to be developing some type of AI video game. They showed me an AI image this morning they appeared to be using the response of my thoughts to develop the characters movements or responses in the AI video game.

235.    Elon Musk has a similar feature in his brain microchip. A person can think of something and the thoughts of that person are displayed on a computer screen, with voluntary involvement.

236.    I have not given them any consent to develop any technology involving my image or likeness.

237.    I have been deprived of sound, uninterrupted sleep for over 16 years. It has had an accumulative effect on my body and brain. As the man said, "I got her!" They have a connection to my body and have kept me connected, false imprisoned, and have refused to let me be free of them from Texas, to Colorado, to Michigan and now in Arkansas.

238.    They are connecting to me via a telecommunications system that only they can disconnect, which is a violation of the International Nuremberg Code. Human experiments must be done with the full and informed consent and there must be a way for the human being to end it.

239.    I felt pinch in my anal area. By acts of sodomy, they put demons inside my body. I am sure this can be confirmed by people who have gotten out of freemasonry.

**2/15/2025**

240.    12:20am, It shall not get worse, it will get better, in Jesus name.

241.    I feel as though they were exploiting me for money or allowing people who didn't like me to have a turn at abusing me.

242.    They allowed others to "work on me" to including white men. One of them used the HAMM radio signal of "Hook Line & Sinker.

243.    11:30 pm, I got up to do some research. I could here a black male voice say, "I go t her." It sounded like the voice of the Maumelle Police Officer who said they had a list of "terms and conditions" in speaking to another black male Maumelle Police officer.

244.    The "terms and conditions" were the rules per se given to the me who were to sexually abuse me. One rule or term was that they were not to touch my daughter. Although I believe at least one of the, did abuse her. She would seem frighten at times for no reason as if they had done something to her the night before. I know when something is bothering her.

245.    The violent white men would always threaten to "correct" her if they didn't like her behavior towards me. I keep her covered in prayer because of their lust for her.

246.    I heard the Maumelle Police speaking about the terms and conditions on channel 3 of their police scanner the same way I overheard the DeWitt Police saying they were coming to my door to talk with me about the lawsuit they claimed I filed against Jen Psaki.

247.    They rewarded people whom I believed were abusing me. The lawsuit was fled against the Dept. of Veteran Affairs and several other people, including her.

248.    The point is, I heard them talking on the very ear implant device that the VA put in my ear in which I was suing them for now.

249.    I believe the Maumelle Police were acting under the color of law in that they were proving some legitimacy to the freemasons and witches who were exploiting me as a human being.

250.    They were using the police radio scanner at the time of their discussion which makes it a Fourth Amendment violation. They were on duty driving around in their squad cars, using all the resources of the Maumelle Police dept.

251.    They used their office to give cover to the Prince Hall freemasons who by using witchcraft, the principle spirit behind freemasonry, were able to capture part of my spirit, thereby giving them access to parts of my body, including my private parts, although some experimentation was done on my brain.

252.    They have threatened repeatedly to cut off my VA disability payments. This is the fear weapon that they have used all these years. This case like *Bivens v. Six Unknown FBI Agents*, raises important legal questions:

253.    1. Should disabled veterans be put in fear of losing their VA benefits if they don't participate or keep quiet about unlawful activity being done against them? We've already eared the benefits by serving this country, we shouldn't have to "earn our leisure" as I heard some say about me. Although I don't believe other similarly situated white female veterans were subjected to the level of scrutiny or abuse that I have suffered for years.

254.    2. Should the government, its representatives, Freemasons or police be allowed to conduct secret covert experiments on veterans used for the purpose to develop AI games, conduct brain experiments, political research or for other purposes?

255.    3. Does the US government have a right to use veterans for experiments against their will and without their consent, making exceptions, or ignoring their disabilities altogether?

256.    They (the freemasons) often pretended to be God. At approx. 9:00 pm, I was laying in bed praying to the true Creator God, when I heard a black male voice say, "You know I've done more for you than anybody." As if he was answering my prayers.

257.    They not only pretend to be God, but they tried to brainwash me to worship them. They would often say, "do as they say."

**2/16/2025**

258.    4:00am, Satanic attack orchestrated by Prince Hall freemasons and their witches. Same method of abuse, same modus operandi, pattern and practice of fear mongering and sexual assault, them feigning ignorance as if they don't know what's going on, verbal attacks (you b-word), and threatening (to include income or bodily harm), if I resist or don't do what they say, or if I speak out about their abuse.

**2/17/2025**

259.    4:00am, Satanic attack orchestrated by Prince Hall freemasons and their witches aka 'engineers'. Same method of abuse, same modus operandi,

sexual assault, them feigning ignorance as if they don't know what's going on, verbal attacks (you b-word), and threatening (to include income, or bodily harm), if I resist or don't do what they say, or if I speak out about their abuse.

260.    They let some white witch abuse me by putting violent pain signals into my left knee. It was the same method that the Prince Hall freemasons did in Michigan that caused so much pain that my spirit left my body and they opened up something in my brain.

261.    I referenced this pain attack method they used in my appeal to the Sixth Circuit in *Shepard v. Dept. of Veteran Affairs, et al.* How would she know to do it if they did not tell her or show her how?

262.    This satanic attack has also aggregated my service-connected disabilities.

263.    I can hear the white man say, "I don't care."

**2/18/2025**

264.    4:35pm, The evil black witch starts bragging about how "deeply connected" they are. Every time I try to seek someone for help. She says, "we've got them too!" She is currently putting violent pain signals into my body in my right knee that they busted open. Heard message of them planning an attack against me.

265.    2:45 pm, Received a message with an image of Mr. Wonderful, Kevin O'Leary of the Shark Tank, "what kind of sick bastards are you? He was responding to a Facebook post.

266.    A few minutes later I received another image. This one was of my Aunt Linda with a concerned look on her face. One of my brothers also called. They were all responding to a message on Facebook that I posted about a mason attack that lasted from 4:00 am until around 10:00 am this morning.

267.    What kind of sick bastards are they?

268.    8:00 am, Yesterday there was a break in the realm of the spirit. These men did all they could to keep me from being free of them. There is also a black female accomplice. She taunted and mocked me this morning for being' brainwashed.' That's not something a sane person would taunt another person about.

269.    I get the sense that I am being used by the Democrats as a political pawn, especially now with Trump in office. I was verbally assaulted by a white male and some white witches. They expressed some desire for me to be a part of their cult. As usual they use fear, tried to tell what songs God likes to hear, then cursed me and called me a b- word because I rebuked them.  I do not consent to be a pawn of the Democrats either. I want to be free of all of them.

270.    They are doing remote neural monitoring of my brain through some covert government program that started with Obama in or around his second term. It continued with Trump, them Biden.

271.    So I've been abused by both parties for the past sixteen years. God help me. Disconnect me from their telecommunications tower/system. This program needs to be defunded.

**2/19/2025**

272.    Today, I had trouble remembering the armor of God. I put it on every morning according to Ephesians 6:10. But today, I couldn't remember them. I started with the helmet then my mind went blank. It took about five minutes for my thoughts to come back.

273.    I am being irreparably harmed by the attacks on my mind, the remote neural monitoring and due to the stress they put me through every day; berating me, connecting to me and watching my every move and them trying to recruit me against my will.

274.    Something broke in the spirit realm this morning as we were praying. I could see a demon with horns on his head as it left my body. I could hear men and women in the background, including a freemason in the background quietly saying, "come out." Not really trying to get the demon he or other freemasons put inside me.

275.    They listened mercilessly for hours to my cries for help from God. Finally, the demon surfaced because it could no longer stand the praise that was being given to Almighty God, and left my body.

276.    I heard one of them tell someone, "I told you," as the demon came out.

277.    So they had shamefully invited other outside parties to listen also, adding insult to injury. There is power in prayer. It was only by the grace of God, the true Creator God that the demon was removed.

278.    He (the Prince Hall) admonished the other people in the room not to touch me again.

279.    They have done little to release me from this bondage and are intentionally holding me captive against my will which is a form of slavery, and unlawful imprisonment. I am tired, but sometimes I am often apprehensive about going to sleep.

**2/21/2025**

280.    On Friday morning, I saw a black man in my spirit. It was around 5`00 am, I saw him coming out of the wooded area. He got into what looked like a white sedan on the passenger side. There were at least two others with them. The driver of the vehicle and a person holding a cell phone. He looked to be in his forties, clean shaven like the police or military, medium build, approx. 5'9, dark skin. He looked very angry.

44

**2/22/2025, Sabbath Day**

281.    At 9:39 am, I heard the voice of the demon that raped me say, "Shabbat Shalom!" to me as my daughter and I went to our prayer room. I believe this demon may actually be a Jewish man.

282.    I heard one of them say that the scientists or lab that has been doing experiments on me is based in Missouri.

283.    One of the women also said that they adopted my cocker spaniel Callie that I surrendered to the Maumelle Animal shelter last year. This information can be obtained from the animal shelter.

284.    The VA put a chip in the right side of his skull while we lived in Colorado that made him aggressive.

285.    I felt a pulling and squeezing in my brain. They also put a demon inside my brain. I woke up and felt my brain vibrating. I got up and was able to expel it through prayer, but as soon as I laid back down, they put it back inside by vibrating my brain again, sort of a mind binding ritual, and then taunted that what I did before in prayer wouldn't work on them a second time.

286.    They were determined to violate me with this demon. So that's why I stayed up all night praying. I was sexually assaulted by this demon around 8`00 am this morning.

287.    There is a group of white people, lead by an evil white woman. She keeps saying, "I'm not finished." I saw her and a white male in my spirit in lab white lab coats, and someone working on a computer.

**2/23/2025**

288.    This is a case where public help is needed. I pray that the courts will allow anonymous Amicus briefs so those who have evidence can come forward. They have threatened to kill me to keep me from suing them.

289.    There was also another image of a group of black men in suits some sitting, some standing around a long mahogany looking table. It was said from them that a 'standing order' was given to rape and abuse me and do the wake up call experiment.

45

290.    I have PTSD-due to MST (Military Sexual Trauma). Their raping me has made it worse.

291.    These men need to be held accountable for what they have done to me all these years so that no other woman has to go through what I've been through.

292.    Every one knows who it is, I hope people will just do the right thing and speak the truth.

**2/24/2025**

293.    8:18pm, As I was sitting in my prayer room, God showed what to say at the first part of the lawsuit.  This time l will get justice.

**2/25/2025**

294.    8:00 am, The freemasons opened up portals in me and allowed me to be verbally abused by several men. They said, "Keep the pressure on her", they said. This abuse lasted from morning to evening.

295.    At approx. 7:00 pm, they started putting pain signals into my left ankle. My heart has started to palpitate anxiety due to the increased level of abuse. I feel pressure in my brain. It is as though they are carrying our murder instructions. The level of abuse I have suffered is worse than that of hardened terrorists. I believe they are trying to kill me.

296.    5:30 am, approx. I was violently awakened by a shaking and trembling throughout my body. The masons are allowing a black female witch to facilitate the abuse. I can hear her instructing men to say curse words to me. They leave, then another comes. One after the other. It is causing undo stress. Mental anguish, they put me in fear for my life, safety.

297.    3:30 am, I heard the phrase, "shake her up!" From a black man. They were referring to the wake up call experiment. It is the same pattern and practice as in Michigan. When they do the wake up call it is not without harm on my body. It causes headaches and dizziness because what they do is aggravate the nuchal ligament at the back of my neck, and somehow cause the nerves in my body to shake from the shoulders down to my legs. I am afraid for my life.

**2/26/2025**

298**.**     One of them said, Ms. Shepard, you won't be harmed before she sent a witch to me. This black woman said she wanted to go down on me. As I was feeling pain in my ankle, she could sense it and said, "pain." A few minutes later I was thinking about chicken and the black male witch took my thought and finished it and said, "chicken drumstick." They are able to complete my thoughts. They are doing mind control experiments on me. The witch said, she was assigned to me. The question remains, who assigned her and why? Is she being paid, by whom and how much?

**2/27/2025**

299.     3:35 pm, Today they sent a white male from a lawn care company LawnServe of AR to do pre emergent treatment on my lawn. After the man left I could here some white females talking, "she likes your eye contact." This is what I told my daughter after he left. He had good eye contact.

300.     The man, whose name is Gave made the comment, "she seems pretty fine to me." They sent him to make an assessment of me. He is a lawn care professional, not a licensed physician. I sent him an email cancelling his service. He can also be summoned to testify. Who was the woman that sent him. I believe she is one of the white witches that has been exploiting, abusing and cursing me. I heard a message that she was being ''terminated.' Terminated? So these people are getting a salary? Whose paying them? These are serious questions that call into question violations of my human rights.

301.     So they have shared my personal information with him which is a direct violation of HIPPAA and Common Rule law. He knows my name and my address.

302.     9:28 am, White male, "I paid for this!" He is referring to access inside my body. This is exploitation. They have putting not just demons, but the spirits of men inside me who have raped me. May God expose this exploitation. This violent man has been cursing me and calling me a b-word.

303.     I wonder if Mr. Wonderful and other white men have paid to do the same. Is he Mr. Wonderful the "business man" that a white man once claimed to be?

47

304.    5:00 am, The freemasons violently raped me this morning twice. The played a skit with celebrity David Allen Grier. This Luciferian man is sending demons to rape me. They have gained access to my laptop just as the government agents did in Michigan. They could see what I was typing in my petition. Which is another violation of my privacy.

305.    One could rightfully conclude that they are getting some assistance from the same govt. agent. I don't think they alone have the technical skills to remotely access my computer offline. The doc file of the draft of this action was saved to a pdf and an html file, all while I was offline.  Something that I did not do. As I am typing I can see that the file is being saved to a remote location. It flashes across the bottom of the screen very quickly.

306.    The rapings are retaliation for me filing the lawsuit here as it was for the Democrats the in Michigan. They sent homosexuals and all kinds of sexual attacks against me for filing a suit against the VA. It is the wrong belief that black women are not harmed by such abuse of their bodies. It hurts us physically and psychologically. It could also have an effect on my health. Demons carry disease.

307.    Some of them have daughters and refuse to carry out the ritual of putting demons inside of me to rape me. I placed another demand on them that they let me go and the lawsuit would not be filed. Father, I know you are with me. Give me strength against these evil men.

308.    The Missouri-based lab may have been shut down. They were probably not certified by the state but attached to the University of Missouri.

**2/27/2025**

309.    3:35 pm, Today they sent a white male from a lawn care company LawnServe of AR to do pre emergent treatment on my lawn. After the man left I could here some white females talking, "she likes your eye contact." This is what I told my daughter after he left. He had good eye contact.

310.    The man, whose name is Gave made the comment, "she seems pretty fine to me." They sent him to make an assessment of me. He is a lawn care professional, not a licensed physician. I sent him an email cancelling his service. He can also be summoned to testify. Who was the woman that sent

him. I believe she is one of the white witches that has been exploiting, abusing and cursing me. I heard a message that she was being ''terminated.' Terminated? So these people are getting a salary? Whose paying them? These are serious questions that call into question violations of my human rights.

311.    So they have shared my personal information with him which is a direct violation of HIPPAA and Common Rule law. He knows my name and my address.

312.    9:28 am, White male, "I paid for this!" He is referring to access inside my body. This is exploitation. They have putting not just demons, but the spirits of men inside me who have raped me. May God expose this exploitation. This violent man has been cursing me and calling me a b-word.

313.    I wonder if Mr. Wonderful and other white men have paid to do the same. Is he Mr. Wonderful the "business man" that a white man once claimed to be?

314.    5:00 am, The freemasons violently raped me this morning twice. The played a skit with celebrity David Allen Grier. This Luciferian man is sending demons to rape me. They have gained access to my laptop just as the government agents did in Michigan. They could see what I was typing in my petition. Which is another violation of my privacy.

315.    One could rightfully conclude that they are getting some assistance from the same govt. agent. I don't think they alone have the technical skills to remotely access my computer offline. The doc file of the draft of this action was saved to a pdf and an html file, all while I was offline.  Something that I did not do. As I am typing I can see that the file is being saved to a remote location. It flashes across the bottom of the screen very quickly.

316.    The rapings are retaliation for me filing the lawsuit here as it was for the Democrats the in Michigan. They sent homosexuals and all kinds of sexual attacks against me for filing suit against the VA. It is the wrong belief that black women are not harmed by such abuse of their bodies. It hurts us physically and psychologically. It could also have an affect on my health. Demons carry disease.

317.    Some of them have daughters and refuse to carry out the ritual of putting demons inside of me to rape me. I placed another demand on them that they let me go and the lawsuit would not be filed. Father, I know you are with me. Give me strength against these evil men.

318.    The Missouri-based lab may have been shut down. They were probably not certified by the state but attached to the University of Missouri.

319.    9:08 am, I was sexually assaulted. The image I saw was that of black Israelites. I also saw a man jacking himself off. A black man yelled at me and said, "get yo ass up!" One thing I know about depression is that raping me over and over is making it worse. It is the theory of some black people, especially some black men, that I need some sexual activity. I do not.

320.    3:30 am, I heard one of the Prince Hall freemasons say, "Get the images ready!" He put demons inside me. I can feel something vibrating inside my vagina. They have probably prepared sexual images to display before my eyes as they wake me up and try to force sexual arousal in me.

321.    I heard and saw what looked like a police car pull off as I got up out of bed. One of them bragged about the lack of evidence against them. It is my belief that they will not stop this abuse because of the pride of secrecy of freemasonry, plus the oath of silence they have enforced nationwide.

322.    I have no other recourse but to file this lawsuit against them and expose them publicly.

323.    They did all the rituals while I was sleeping, catching me off guard. They opened portals in my dreams. Most all of them had to do with sex, and mind control.

324.    While in Arkansas they did rituals with me against my will with another white male and female celebrities who lived in California just a few weeks prior to the wildfires.

325.    I remember it was a very violent attack on my body including my genitals that left me sore for days. I can tell you that some of those celebrities' houses burned down in the fires of 2025.

326.    I am sure some political leaders have also been involved.

**2/28/2025 Sabbath Day**

327. 3:31am, My security camera captured a Maumelle police cruiser drive past as I was praying in our prayer room. Another vehicle could be heard after this cruiser passed that played loud thumping music.

328. 9:28 pm, As I was watching the exchange on the news between Trump and Zelensky today, I heard a voice that sounded like Pres. Trump. After I turned of the tv and decided not to listen to the replay of what everyone is calling a diplomatic disaster, I heard a man's voice that sounded like Donald Trump say, "Smart move!"

329. It must be noted here that last week I put the box that contained a new tv I purchased from Wal Mart on the curb to be picked up. The next morning it was missing. The box contained many codes and possible serial number of the tv. No other recycle items were missing, just the tv box.

330. I know that the US government has ways to tape into our tv sets that most Americans are not even aware of. How did Trump or whoever the voice disguised as Trump know what program I was watching?

331. They often send signals to my left ear when I play my MP3 to drown out their voices and cursing and the music they play. I hear static for one or two minutes then the MP 3 stops working. God, I pray that you would disconnect me from whatever datalink or Neurolink they have connected me to. Father, I pray for our leaders, but you well know that this man cannot have unchecked power.

332. I've heard some of their 'engineers' talk about a telecommunications system. They may have me connected to in the physical realm. This would tie into the capabilities of the Neurolink brain chip the VA put a micro chip in my brain during the surgery on 2005. I wonder if they connected me to the Neurolink system. If not, how are they connecting other people to my brain?

333. 9:00 pm, I saw an elderly Rabbi in my spirit, he proclaimed, "They have no further right to you!

334.    1:30 pm, Saw a black male in Air Force uniform past by our home while outside washing car.

335.    8:00 am, I was violently awakened by the witches who sent pain signals into my right knee, and replayed gospel songs over and over in my head as a form of torture. They choose words of songs that they believe would intentionally cause me distress. It is a form of torture.

336.    As I closed my eyes I could see that they had connected me to a black male podcaster. I could see him with his headphones on listening to my words, I also saw a black male who appeared to be in a car holding his cell phone. He has a beard and mustache. He looks very much like the freemason in Pine Bluff. I prayed that God would close the portals and gateways that they have opened in my eyes through their freemason rituals. In the spirit realm these are called eye gates. There are eight gateways to the soul: eyes ears, nose, mouth.

337.    It doesn't matter that it is a gospel song they are using as a form of mental torture. The point is, I should not be hearing or seeing s is abuse and misuse of my body. I am certain, the black men that connected to me this morning are freemasons.

**3/1/2025, Sabbath Day**

338.    7:00 pm. I was threatened and attacked by a group of men.

339.    3:00 pm, "They took it!" Not sure what the freemason was referring to here.

340.    12:00 pm, I saw the black male freemason in my spirit again. He was watching me via his cell phone. I ask the Court that all their cell phone records be admitted as evidence. I was threatened with bodily harm by them. I heard one of them say, "I'm gonna f**k her up!" It shall not come to pass, it shall not take place. Is. 7:7.

341.    7:00, am. The demonic rape occurred at 7:00 am, after I had been up praying from 2:20 am until around 5:30. I went and laid back down to rest, the rape occurred at 7:00 am. I heard a black male say, *"we pulled out all the spirits we could out of you, this one may not come out."* This demon

was put inside me by one of the freemasons. I have heard them talking and giving commands to demons before to come out of me, but this one refuses to leave.

342.    They must be held to account for the sexual assault that is occurring every day in my body by this demon. The Court must remember that they trained these demons to do certain tasks such as waking me up at certain times, doing certain things such as tormenting the mind. This demon was assigned to rape me and they say they can't get it out of me.

343.    There were many other occasions when they activated the kundalini spirit in my body, did public or private satanic exhibitions with an effigy they made of me, which I believe one of my family members attended. They performed many voodoo spells and curses on me and there were times when they were telling me to open my mouth or open my legs. (This was posted on Facebook).

344.    I believe it was during these times when men paid them money to have sex with me. Even when I complained of rectal bleeding, the white women would say, "We don't care!" They also activated the so-called "Christ oil" inside my body. This is supposed to give people heightened awareness or conscientious, but it made me vulnerable to these demonic attacks.

345.    2:20 am, I heard a male voice say, *"You are a prostitute!"* With emphasis. He displayed an image of a black woman with short mini skirt and small blouse being arrested by a white male cop. I am unable to sleep due to the abuse. My right arm  started to tremble as if they have put a curse on me.

346.    I got up and started praying and woke up my daughter for her to pray with me. I am not a prostitute. I am a woman of God, cleansed, redeemed by the blood of the Lamb.

347.    12:15am, I was harassed by a group of women who played gospel songs "we never left" in my head as a form of torture. To signify that they have never left me alone.

348.    Relief: This and all connections must be severed, all humans that are connected to me must be disconnected from me permanently. The mechanism, whether it be spiritual or physical must be destroyed. Including any telecommunications system, pay plaintiff $5 million in damages from each

Defendant. All experiments on me must be stopped immediately and I must be released from their captivity.

**3/2/2025**

349.    10:00am, On this I went shopping at Lowes in West Little Rock with my daughter. I dropped some flower pots on the floor. I heard a white male voice, he 'ordered' me to "PICK IT UP!" He could see what I was doing, which made me feel very uneasy to have another human being, especially a man connected so closely within Ms. Shepards' body.

350.    10:34am, As I waited at the check out, I was sexually assaulted by a white male. He was very aggressive. The freemasons must have kept open something inside me that makes me vulnerable to demonic assault when I am out in public. I immediately felt a discharge coming from my vaginal area.

351.    4:45am, I woke this morning and walked around the house, and I heard a demon say, "Lay back down!" Another voice said, "Come out of her!" It appeared that the masons were monitoring this demon during the night. I stayed up and begin to walk around the house and prayed. I got my daughter up and asked her to pray with me.

352.    I can feel a cut on the outside of my vaginal area. This was done yesterday by the white witch. She stuck some sharp object or pin inside Plaintiffs' vaginal area which she said was being used to track me.

### FACTUAL ALLEGATIONS

353.    It is clear that by their actions the Defendants goals was to have complete control over her personal, social and spiritual life by using sub-vocal and other technology that uses special equipment to beam sounds and images into a persons' head.[6]

354.    The Defendants actions have caused the Plaintiff lifelong irreparable harm.

---

6    www.electronictorture.com

355.    Following years of trying to escape their domination, manipulation and control over her, she has endured and struggled with the physical and mental manifestations of the trauma as well as the cruelty of the Defendants who care very little about her humanity or human rights.

356.    She has had difficulty eating and sleeping and her relationship with her family and with churches has also suffered.  She has had increased migraines, difficulty focusing due to the persecution, relentless mind control experiments, forced orgasms and erotic dreams, and electromagnetic attacks.

357.    Her faith in God, the Creator of the Universe has kept her alive and has given her hope even through all the years of the some very dangerous, traumatic and sadistic freemason rituals and years of intrusion into every aspect of her life, her mind and her personage.

358.    Defendants' ongoing, systematic, and continuous action in permitting members of the GOP, including locals who may report her activity to DOGE and/or those associated with DOGE, or the Missouri based lab to access Ms. Shepard's body and/or her personal records remotely, through some covert operation, or even freemason rituals violates that duty and is excess of their statutory authority.

359.    The Missouri based lab has been given unlawful permission to access my private life to carry out the agenda of the GOP to punish political dissidents and those who disagree with any of their policies which is in violation of the Administrative Procedure Act, 5 U.S.C. § 701, et seq.

360.    They can't take back the rape that was committed against the Plaintiff and they can't take away the pain and trauma of that event, nor any other of the service-connected disabilities that she currently suffers from and that are getting worse due to their and the other Defendants continuous abuse. It's an insult to all veterans.

361.    Plaintiff is a disabled veteran of the United States Army. She was raped by her Drill Sergeant shortly after completing Basic Training. After completing Basic Training, recruits were given their next duty station in order to complete their MOS (Military Occupational Specialty). Ms. Shepard was assigned to Ft. Jackson, SC military base, the same place of her Basic Training due to her MOS. A

drill sergeant there who had been watching her all along lured her into going shopping with him off post under the auspices of buying supplies needed for class.

362.    He lured her instead into a trailer park where some of the Drill Sergeants were living off-post. All of this was verified under the Obama administration. The trailer park may not be there now, but in 1987, it was there. The Drill Sergeant then raped her and returned her to the base. She was called into the office of some black three and four star generals who were investigation the white male. They say he had raped several other recruits and asked my help in identifying him. He was later convicted and sentenced under UCMJ. All this can and has already been verified.

363.    The Plaintiff also suffered knee injuries in both knees and suffered a back injury while stationed at Ft. Jackson, SC. This information has also been verified by her military service records something that the Missouri based lab has no right to be given access to do some arbitrary political revenge based 'investigation' into. This could set a precedent that could harm other veterans and in excess of authority and violates the Privacy Act, 5 U.S.C. § 552 and the HIPAA Act.

364.    Federal law protects sensitive personal and medical information from improper disclosure and misuse, including by barring disclosure to individuals who lack a lawful and legitimate need for it.

365.    Members of the GOP, specifically this new administration cannot unilaterally investigate, single out, individuals veterans for investigation simply because they don't like them and threaten their Social Security and/or VA benefits.

366.    The Defendants have done rituals on her back and spine and the Plaintiff reported on Facebook that they exclaimed to her, "you are healed!" after one of their rituals. They have been doing rituals on her back, and putting demons inside her to try to mask her service-connected disabilities so they could do what they have done now which is to arbitrarily take away her rightfully earned benefits by hiring this Missouri based lab at the University of Missouri, College of Medicine to do their bidding.

367.    Rape and Sexual Assault under 10 U.S. Code § 920 is committed when anyone uses unlawful force against another person, threatens or placing that person in fear that they would be subject

56

to death, grievous bodily harm, or kidnapping. The Defendants have used their positions of power, authority in either the political, social or religious sphere to exercise control over her for the purpose of using and exploiting her body for profit monetarily or politically.

368.    They performed most of their rituals when the Plaintiff was in a stage of sleep and unaware of the events that the Defendants had preplanned against her that evening. "F*ck her! F*ck her! This is what one of the women said as they preplanned one of the remote sexual assaults that Ms. Shepard endured. A person commits a sexual act upon another person when the other person is incapable of consenting to the sexual act due to mental disease, physical disability in violation of 10 U.S. Code § 920.

369.    18 U.S.C. §§ 202, 241 and 1591, *et seq.*, raises federal questions regarding the deprivation of Plaintiff's rights by Defendant Clyburn. While the Plaintiff lived in Michigan, the Defendant Clyburn appeared to her via a video message. He expressed concerns that Ms. Shepard was going to reveal freemason secrets.

370.    At the time of this video message, Defendant Clyburn was an active member of the United States Congress and as such his duties as congressional member were in conflict with those of the freemasons.

371.    While there is no detailed job description for a member of Congress, their powers are enumerated in one place – under the United States Constitution, Article I. Defendant Clyburns actions of violating her body and by accusing her of revealing freemason secrets were unconstitutional.

372.    He appeared to her concerned about freemason secrets but used his office as congressman to convey the message as if that gave him some legal authority. Defendant Clyburn deprived Ms. Shepard of her rights, his actions have caused her years of emotional distress and irreparable harm in violation of 18 U.S.C. §§ 202, 241 and 1591, *et seq.*

## FIRST CAUSE OF ACTION
### Arkansas Code of  1987 (2023) Subtitle 2 Offenses Against the Person (§§ 5-10-101-5-18-107)

373.    Plaintiff repeats and realleges each and every allegation in all of the preceding

57

paragraphs as if fully set forth herein.

374.    The Plaintiff directs the Court to hold unlawful and set aside agency actions that are found to be arbitrary, malicious, and abuse of discretion, or otherwise not in accordance with law. 5 U.S.C. § 706(2)(A).

375.    The Defendants failed to see the legal obligations of their actions under federal, state, or local law, the harm it would cause the Plaintiff that the statute Arkansas Code of 1987 (2023) Subtitle 2 Offenses Against the Person (§§ 5-10-101-5-18-107) sought to achieve, or the harm caused to Plaintiffs' personage in the present or foreseeable future. The Defendants by having raped Ms. Shepard, or caused to be raped Ms. Shepard, who is suffering from PTSD due to Military Sexual Trauma is beyond reprehensible and by their actions constituted a violation of Arkansas Code of 1987 (2023) Subtitle 2 Offenses Against the Person (§§ 5-10-101-5-18-107), offenses against the person.

## SECOND CAUSE OF ACTION
### Chapter 18 – The Human Trafficking Act of 2013 (§§ 5-18-101 – 5-18-107)

376.    Plaintiff repeats and realleges each and every allegation in all of the preceding paragraphs as if fully set forth herein.

377.    Plaintiff is a victim of human trafficking within the meaning of The Human Trafficking Act of 2013 (§§ 5-18-101 – 5-18-107) and is entitled to bring a civil action under AR Penal Law § 5-18-103.

378.    The Defendants acts and omissions taken separately or combined as a conspiracy as outlined above, constitute a violation of the Human Trafficking Act of 2013 (§§ 5-18-101 – 5-18-107). Specifically, the Defendants perpetrated human trafficking of Ms. Shepard by requiring her to engage in sexual acts in the State of Arkansas by force, fraud or coercion. All Defendants benefitted from Ms. Shepards' being forced into the various sex acts financially or otherwise, while Ms. Shepard suffered loss of her reputation and was labeled as their b-word, was threatened with loss of her VA and Social Security benefits, and isolated her from the church and her family.

## THIRD CAUSE OF ACTION
### Section 5-18-103 – Trafficking of persons

379.    Plaintiff repeats and realleges each and every allegation in all of the preceding paragraphs as if fully set forth herein.

380.    Plaintiff is a victim of trafficking of persons within the meaning of Section 5-18-103 – Trafficking of persons Act.

381.    The Defendants actions and omissions, taken separately and/or together as a conspiracy as outlined above, constitute a violation of AR Section 5-18-103 – Trafficking of persons Act. Specifically, the Defendants perpetrated sex trafficking of Ms. Shepard by requiring her to  engage  in sexual acts in the State of Arkansas by force, fraud or coercion. All Defendants benefitted from Ms. Shepards' being forced into the various sex acts financially or otherwise, while Ms. Shepard suffered loss of her reputation and was labeled as their b-word, was threatened with loss of her VA and Social Security benefits, and was isolated her from the church and her family.

382.    On one occasion in or around 2024, when Ms. Shepard was outside cutting her grass she overheard one of the black women talking to a random person driving by her house. He said he wanted to have sex with her. The woman then said, "You know she's disabled don't you!" To which the man was heard saying, "I don't give a f*ck!"

## FOURTH CAUSE OF ACTION
### AR Code § 5-11-104 (2023) for False Imprisonment
### The Prince Hall Freemasons Grand Lodge of Arkansas

383.    Plaintiff repeats and realleges each and every allegation in all of the preceding paragraphs as if fully set forth herein.

384.    Plaintiff is a victim of false imprisonment within the meaning of AR Code § 5-11-104 (2023) for False Imprisonment.

385.    The Prince Hall freemasons interfered with the Plaintiffs freedoms and liberties by

causing religious persecution, subjecting her to violent rituals, by "working on her" and by putting demons inside of her and restraining her from being free of them. They have interfered substantially with Ms. Shepards' liberty by holding her unlawfully in violation of freemason law and having been found guilty of violation of the laws of the non-court of freemasonry body that does not have jurisdiction under Michigan or Arkansas law to make such findings.

386.    Witchcraft is a principal spirit behind freemasonry. It is a cult that worships other gods at various levels. The book that Ms. Shepard had in her possession and in which Rep. Clyburn and other freemasons thought it was important enough to suppress, was filled with ancient writings on various religions and philosophies such as, alchemy, the Pythagorean theorem and freemasonry.

387.    It included information on Hiram Abiff, Solomon and the building of the temple that was rarely known or published. How they knew that this book was in my possession was due to years of spying, surveillance and unlawful brain experimentation. They already had built a stronghold around her that suppressed her rights, freedoms and liberties. Defendant Clyburn capitalized on that by coming to her in a video communications message because he was concerned that the secrets in the book would be released by the Plaintiff.

388.    As was the case in 1826 with William Morgan, freemasons who suspect someone of revealing their secrets can suffer dire consequences. On that night in Michigan, and on subsequent nights, the Plaintiffs basic human rights to privacy and dignity were violently taken away. It was as if nothing really mattered in the whole world except making sure freemason secrets were not revealed.

389.    After Rep. Clyburn violated the Plaintiffs rights in Michigan, the masons in Michigan trained those in Arkansas to perform the same rituals. Ms. Shepard has been violently and callously abused for years by them who have performed various rituals on her to try to keep her bound, and have refused to let her go free from their unlawful 'standing order' to keep her falsely imprisoned.

## FIFTH CAUSE OF ACTION
### Electronic Harassment under AR Code § 5-71-209 (2024)

390.    The type of communications that the Plaintiff is describing is called sub-vocal communications. This type of remote neuroweaponry is not without significant health risks and according to the United Nations Office of Human Rights, can cause brain damage.

391. Manipulation of thoughts occur via a brain-to-brain interface. A remote operator (they call engineers) exerts a dominant cognitive influence to determine certain functions. They can even insert their thoughts over the individual to try to get them to do what they want, or "do as I say."

392.    They are able to communicate with Ms. Shepard who would hear voices in her head, playing of music (gospel songs) and the displaying of images such as the one Plaintiff received from Defendant Clyburn. This remote electronic torture is possible only by the use of specialized equipment, most likely from the United States government, of which Defendant Clyburn was well aware of.

393.    Defendant Musk calls his employees at DOGE engineers.[7] This is the same name that they call the people who have been doing the sub-vocal and electromagnetic harassment on me. This was posted on my Facebook page a few months ago. The Plaintiff received backlash from those in charge of this illegal operation.

394.    This is the link and the connection between Defendant Musk, the other Co-Defendants and the Plaintiff. If they call themselves 'engineers' then they must be at a place that houses computers. They have to have a network that stores and uploads information onto a system that displays her thoughts and/or other bodily statistics.

395.    On or about 3/3/2025 one of the 'engineers' threatened to connect me to Defendant Musk' Neurolink network against my will. Based on Defendants Musk' action since Donald Trump took office, it is more likely than not that they connected me as they threatened to do.

396.    Plaintiff heard some of the men that have been 'working on me' say, "Let's have some fun!" Later that evening she experienced what can only be described as a 'weird feeling' in her body. She

---

7    https://www.wired.com/story/elon-musk-government-young-engineers/.

believes that during this time she was experiencing a neurological attack on her body due to a connection that was made to the Neurolink system. Whatever they are 'working' on with my body, it must be stopped.

397.    Ms. Shepard has been irreparably harmed by the Defendants acts of sub-vocal electromagnetic torture and abuse, as well as their harassment through unlawful communications via an electronic device which are in violation of the law under AR Code § 5-71-209 (2024), the Electronic Communications Code.

## CONCLUSION

398.    In *Perrotte v. Johnson, Case No. 1:15-cv-00026-LJO-SAB (PC) (E.D. Cal. Jan 3, 2017)*, When considering pro se litigants, the Court recognizes that such litigants are entitled to some latitude and leniency with procedural matters. *See e.g., Haines v. Rowe, 448 U.S. 5, 9* (1980) (discussing less stringent pleading standard applicable to pro se litigants) (citing *Haines v. Kerner, 404 U.S. 519, 520-21 (1972); Draper v. Coombs, 792 F. 2d 915, 924 (9th Cir. 1986*) (affording pro se litigants leniency with regard to discovery matters) (citing *Pembrook v. Wilson, 370 F. 2d 37, 39-40 (9th Cir. 1966*); *Moore v. Agency of Intern. Dev. 9. 94 F. 2d 874, 876 (D.C. Cir. 1993)* (discussing leniency to be afforded to pro se litigants in procedural matters such as service of process). "Given the procedural history in this case *Perrotte v. Johnson,* Plaintiff's pro se status, and the applicable law, Plaintiff would be prejudiced by dismissal..."

## **PRAYR FOR RELIEF**

**WHEREFORE**, Plaintiff prays judgment be entered in her favor against Defendants, and each of them, as follows:

1.    For a $5,000,000.00 money judgment representing compensatory damages including consequential damages, loss of reputation, public scorn and ridicule, all sums of money for any AI technology (such as Neurolink), computer programs, or medical advancement in brain research that was developed or discovered while using Ms. Shepard's image, likeness or any data obtained from her body during 10+ years of unlawful, unconstitutional experiments and sexual abuse, together with interest on

these amounts. With any conspiracy, it doesn't matter if the co-conspirator was there at the beginning or came in at the very end, they are responsible for all acts committed against the victim as if they had been there from the beginning. *See State v. Bridges, 133 N.J. 447 (1993).*

2.  Declare that Defendant's decision to implement a system by which the Plaintiff was subjected to severe intrusion into her personal life and personage is unlawful.

3.  Enjoin Defendants from continuing to permit such access or of obtaining such personal information, including Elon Musk and President Donald Trump.

4.  Enjoin Defendants to ensure that future disclosure of individual records will occur only in accordance with HIPAA law, the Privacy Act and/or other constitutional law.

5.  For a money judgment for mental pain and anguish and severe emotional distress.

6   For punitive and exemplary damages.

7.  For all attorney fees (should the Court appoint one to Plaintiff)

8.  For prejudgment and post-judgment interest; and

9.  Grant any temporary, preliminary, or permanent injunctive relief necessary to protect her privacy and information contained within the system of records.

10. Grant any other relief as the Court may deem just and proper.

Dated: 3/6/2025
Little Rock, AR

Respectfully submitted,

by Maxine Shepard, Plaintiff
304 Country Club Parkway
Maumelle, AR 72113
Telephone:
mshep419@gmail.com

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTICT OF ARKANSAS**
_____DIVISION

# PLAINTIFF EXHIBIT A

Picture of Plaintiffs' Right Eye After one of the Freemason Rituals
On or around 2022 in Michigan



Picture of Plaintiffs' Right Eye After one of the Freemason Rituals
On or around 2022 in Michigan

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTICT OF ARKANSAS**
_____DIVISION

# PLAINTIFF EXHIBIT  B

Warning from the United Nations Human Rights Office of High Commissioner
regarding electromagnetic torture
https://www.ohchr.org/sites/default/files/Documents/issues/Torture/Call/Individuals/

**Electromagnetic harassment with torturous patterns (electromagnetic torture, cybernetic torture or cybertorture): "the crime that people complain most about on the internet/social media"**
**Relevance to neuroweapons as well as "Health Attacks" or "Health Incidents" of U.S. and Canada diplomats**

*Dynamics conducive to corruption and torture: Neuroweapons having top secret status similarly to "weapons of mass destruction" are expected to be subject to limited or non-existent parliamentary / congressional supervision*

Electromagnetic harassment with torturous patterns has been referred to as the "crime that people complain most about on the internet/social media". It is argued that the "health incidents" or "health attacks", according to the terms of the U.S. State Department, which affected the U.S. Embassy diplomats in Cuba and China (and similarly the Canada Embassy diplomats in Cuba) are linked to this phenomenon [*]. A precedent is found in the microwave irradiation of the U.S. Embassy in Moscow (1953–1976) [*]. Many thousands of people internationally complain of being electromagnetically harassed with torturous patterns (electromagnetic torture, cybernetic torture or cybertorture).

Health attacks are currently the object of an interagency investigation of the U.S. government coordinated by the "Health Incident Task Force" created by the U.S. Department of State [*]. Three scientific publications present evidence of brain damage of the diplomats [*][*][*]. A U.S. Congressional hearing reiterated the diagnosis of brain injury as a result of the attacks [*]. The U.S. Government Accountability Office assessed the response of the State Department, published a report [*] and presented its findings to Congress [*]. Given the neurological nature of the attack, the technological means that would have been used are defined as neuroweapons. A group of experts, including the first physician who examined the U.S. diplomats, gave presentations on the health attacks at a neuroweapon event held by SOFWERX and the U.S. Special Operation Command [*]. A briefing of the Pentagon Chiefs of Staff was conducted by the same group of experts [*].

U.S. victims of electromagnetic harassment have provided comment to the Presidential Commission for the Study of Bioethical Issues (created by President Obama) in March and May 2011 [*][*]. In Europe, the Ministry of Defense of Poland conducted a geographical analysis of complaints of Polish victims for electromagnetic attacks in 2016 [*]. Following correspondence with the Ministry [*], Polish victims have been heard by the Inspectorate of Innovative Defense Technologies of the Ministry of Defense.

Among different protests against electromagnetic harassment/torture, two international rallies have been held on the 29th August in 2019 and 2018 [*].

Victims of electromagnetic harassment, often called "Targeted Individuals" or "TIs" report:

1. Torturous routines such as head and body electromagnetic stimulation e.g. intense sudden contractions of (surface) muscle fibers equivalent to painful stimulus of being hit, different stimulation patterns generating miscellaneous effects e.g. pain, tingling, pins-and-needle effect and also intense heating, burning or itching sensations.

2. Artificial tinnitus, hearing voices and mental manipulation i.e. mental content presentation/insertion and extraction (personal thought content being repeated to them in an interval of a few seconds).

3. Manipulation via brain-to-brain interface: A remote human operator exerts a dominant cognitive influence determining certain functions (e.g. a motor function such as moving a limb).

Targeted Individuals are being tortured silently while certain phenomena such as "hearing the global Hum" which affects 4% of the world population [*] may be indicative of the fact that the effects are being experienced by a much larger population than that of targeted individuals.

Given the extremely advanced nature of the symptoms reported, e.g. mental manipulation, the associated neuroweapons, also termed "weapons of mass disruption" should be considered equivalent, in terms of national security, to "weapons of mass destruction". It is expected that these would be top secret, would be handled only by few people in the highest military ranks, and would probably be subject to limited or non-existent parliamentary/congressional supervision (cf. generic reporting citing indispensable covert national security operations). This setting would cancel institutional controls, thereby creating environments conducive to corruption.

It is important that society addresses electromagnetic harassment with torturous patterns or electromagnetic torture (cybernetic torture or cybertorture). It constitutes a significant human rights issue with severe risks on the health, well-being and the life of individuals. It is also important to comprehend the implications, as the complaints of the targeted individuals referring to both torture as well as mental manipulation may be indicative of a future where mental interference may be performed in large scale with imperceptible nuances and nudging of thinking towards certain directions e.g. for political or economic interference. It is urgent to address this phenomenon.

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
_____DIVISION

# PLAINTIFF EXHIBIT  C

Article by Forbes, dated 8/18/2020 (Around the time of the incident with Def. Clyburn)

# 'Heat Ray' And 'The Voice Of God'

Subscribe        Sign In



ⓘ BETA
EDITORS' PICK    BUSINESS > AEROSPACE & DEFENSE

# 'Heat Ray' And 'The Voice Of God': My Experience With The Nonlethal Weapons Eyed For Use In D.C. Protests

By **Mark Cancian** , Contributor. I write about military forces and budgets at ...    ⌄      **Follow Author**

Sep 18, 2020, 12:23am EDT

<   🔖 **Save Article**

🕔 **This article is more than 4 years old.**



DOD's Active Denial System uses directed energy to disperse unruly crowds.  DOD-JOINT NONLETHAL WEAPONS DIRECTORATE

During the summer disturbances in Washington, D.C., a top local military police officer asked the D.C. National Guard about deploying two military systems that seem to come out of science fiction. One, the Active Denial System (ADS), makes the target's skin feel like it's on fire. The other, called the Long Range Acoustic Device (LRAD), directs intense sound in a narrow cone. The sound is so clear and so powerful that it was nicknamed "the voice of God." I encountered both systems, one at Quantico, Virginia, the other in Falluja, Iraq. Here's what I saw.

The ADS is the most dramatic. It looks like a square dish mounted on a heavy truck and directs millimeter waves at targets. This directed energy makes the skin feel like it's on fire. The feeling is so intense that you can't withstand it. (Trust me on this; I felt it.) That drives targets to move away. Once out of the direct path of the beam, the effect ends. Here's a video for those wanting to see the system in action.

ADS is technically not a "heat ray" because it uses millimeter waves, not infrared waves. That may seem like a minor difference, of interest only to physicists, but it is crucially important to the target. Heat rays (from the infrared portion of the electromagnetic spectrum) leave blistering (i.e., sunburn) that takes days to heal. The millimeter wave effect stops as soon as the target gets out of the way and does not leave a residual injury.

The LRAD is a smaller dish, mounted on a stand or light vehicle, that focuses sound in a narrow cone. The sound is very intense and clear, not like the attenuated sound of a bullhorn. In Iraq, the Marines used the system to warn civilians who were getting too close to Marine positions. The Marines found that civilians sometimes ignored all warnings—flags, flares, warning shots—and got shot. The LRAD produces sound so forceful that it could not be ignored. It got the attention of drivers even if they were listening to the radio or dealing with screaming kids in the backseat.

*Why does the military have these systems?* These systems, and many more, come out of an organization located at Quantico, Virginia, and run by the Marine Corps. Originally called the Joint Nonlethal Weapons Directorate, it has been renamed (for classic bureaucratic reasons) the Intermediate Force Capabilities Office. The military stood this organization up in 1996 in response to the experience in Bosnia and Somalia. There, military forces faced hostile crowds but had few tools to deal with them.

The military decided to develop nonlethal systems to provide a capability between presence and lethal force. The Marine Corps led the effort because it felt these pressures most acutely, having frequently faced unruly civilians in its overseas deployments. Thus,

the organization is headquartered on a Marine Corps base and headed by a Marine colonel.

*How should people think about these systems?* The reporting has been breathless as if the military were about to shine death rays on peaceful citizens. The exotic nature of the technologies has added to the anxiety. In fact, both systems have been around for a long time and deployed overseas. (It's not clear whether ADS was used overseas.) ADS has not been used operationally in the United States. LRAD is commercially available, and police departments use it occasionally. Indeed, LRAD has a variety of uses from scaring wildlife off runways to alerting boaters about danger.

Because the LRAD is like a powerful megaphone, its use seems relatively familiar. ADS is different, a novel and exotic capability for which there is no ready analog. People should think of it like a taser, which police departments routinely use. For those fortunate enough not to have met one up close, a quick explanation: a Taser fires electrodes into the victim and then hits them with a high voltage that is enough to short-circuit the nervous system for a short period of time. Victims are incapacitated. Tasers have gained acceptance because they provide an intermediate step between a baton and a bullet. Someone coming after a police officer with a stick, for example, needs to be stopped, but they don't need to be shot.

ADS is similar. It uses technology to incapacitate people without hurting them. It's an intermediate force option. An important difference, however, is that tasers are used every day, and are hence familiar, while ADS is strange and unfamiliar.

*Aren't these the kind of systems that militarize the police?* No. Militarization of the police is a real problem, but that's not the issue here. Debates about militarization arise because DOD has a program whereby it provides excess military gear to police departments. Many have criticized the program for encouraging the overuse of force. However, the ADS and LRAD provide the opposite kind of capability: civilian policing capabilities brought into the military. Further, ADS would not be available even if police departments wanted it because the system is expensive, complicated, and scarce.

*So, would it have been appropriate to deploy the systems?* It's important to note that the systems were not used and were not even moved to the area. The D.C. National Guard does not own them; they would come from other parts of DOD, likely the Marine base at Quantico. It's also clear that a staff member just asked a question. That's what staff members are supposed to do. It's a long way from asking a question to deploying a capability.

The question of usage gets wrapped up in disputes about President Trump's attitude towards the use of force against demonstrators, and the fact that many people disagreed with his views. It's a reasonable discussion about what level of violence requires what level of response. Wherever the line gets drawn, however, it is better to use a high-tech electronic beam than batons, tear gas, and, ultimately, firearms.

*Follow me on Twitter.*

Editorial Standards        Forbes Accolades

# Forbes

© 2025 Forbes Media LLC. All Rights Reserved.

AdChoices    Privacy Statement    Do Not Sell or Share My Personal Information
Limit the Use of My Sensitive Personal Information    Privacy Preferences    Digital Terms of Sale
Terms of Service    Contact Us    Send Us Feedback    Report a Security Issue    Jobs At Forbes
Reprints & Permissions    Forbes Press Room    Advertise