UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **MAXINE SHEPARD,**<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>**REP. JAMES CLYBURN, (D,SC);**<br><br>**MARK A. McGRAW, OF THE MOST WORSHIPFUL PRINCE HALL GRAND LODGE OF ARKANSAS;**<br><br>**UNIVERSITY OF MISSOURI, COLLEGE OF HEALTH SCIENCES;**<br><br>**U.S. DIGITAL SERVICE (U.S. DOGE SERVICE);**<br><br>**U.S. DOGE SERVICE TEMPORARY ORGANIZATION.**<br><br>　　　　　　　　Defendants. | Case No.: 4:25-CV00198-DPM |

## MOTION OF CLAYTON L. THOMPSON FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5, Defendant, University of Missouri, College of Health Sciences, moves this Court for the admission of Clayton L. Thompson, to appear on a special or limited appearance as attorney of record for and on behalf of the Defendant *pro hac vice*. In support of said motion, Defendant states as follows:[1]

In support of the Motion, the undersigned states as follows:

---

[1] Defendant will be challenging this Court's personal jurisdiction over the Defendant University of Missouri, College of Health Sciences and out of an abundance of caution wishes to make clear that it is not waiving those arguments by making this Motion for Admission Pro Hac Vice.

- 1 -

1. I am a partner in the law firm of FORD, PARSHALL & BAKER, L.L.C., 3210 Bluff Creek Drive, Columbia, Missouri 65201-3525; (573) 449-2613.

2. I am an attorney in good standing in the United States Court of Appeals for the Eighth Circuit, the State of Missouri, the United States District Court for the Eastern District of Missouri and the United States District Court for the Western District of Missouri.

3. I am not admitted to practice in the United States District Courts for the Eastern or Western Districts of Arkansas.

4. Pursuant to Local Rule 83.5(d), the undersigned designates Kirkman T. Dougherty of the law firm of Hardin, Jesson & Terry, PLC, a member of the United States District Court of the Eastern District of Arkansas Bar, who mains an office in Fort Smith, Arkansas, as an attorney with whom the Court and Plaintiff may readily communicate regarding the conduct of the case.

5. Kirkman T. Dougherty's contact information is as follows: Hardin, Jesson & Terry, PLC, 5000 Rogers Avenue, Ste. 500, Fort Smith, AR 72903; Phone: 479/452-2200; email: kdougherty@hardinlaw.com.

6. The undersigned Clayton L. Thompson, in support of this Motion, affirms to the Local Rules of the United States District Court for the Eastern District of Arkansas and to the jurisdiction of this Court in matters of discipline.

*     *     *

The undersigned counsel, on behalf of University of Missouri, College of Health Sciences, respectfully requests that this Court enter an Order allowing Clayton L. Thompson's admission *Pro Hac Vice*, to appear on behalf of and to represent Defendant University of Missouri, College of Health Sciences in the above captioned case.

                                    Respectfully submitted,

                                    HARDIN, JESSON & TERRY, PLC
                                    5000 Rogers Avenue, Suite 500
                                    Fort Smith, AR  72903
                                    (479) 452-2200 – Phone
                                    (479) 452-9097 – Fax


                          By:   /s/ Kirkman T. Dougherty
                                    Kirkman T. Dougherty
                                    Arkansas Bar No. 91133


## CERTIFICATE OF SERVICE

The undersigned certifies that a complete copy of the foregoing instrument was served upon the attorneys or parties of record to the above action by the Court's eFlex system and by U.S. Postal Service to the following non-CM/ECF participant:

Maxine Shepard
304 Country Club Parkway
Maumelle, AR 72113

On this 28th day of March 2025.

                          /s/ Kirkman T. Dougherty
                          Kirkman T. Dougherty