IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MAXINE SHEPARD**                                                                                              **PLAINTIFF**

v.                           4:25-cv-198-DPM

**JAMES CLYBURN, Rep. (D-SC), in his
official capacity as Congressional
Representative for the state of South
Carolina; MARK A. MCGRAW, of the Most
Worshipful Prince Hall Grand Lodge of
Arkansas; UNIVERSITY OF MISSOURI,
College of Health Sciences; U.S. DIGITAL
SERVICE (US DOGE Service); and U.S.
DOGE SERVICE TEMPORARY
ORGANIZATION**                                                                                          **DEFENDANTS**

## ORDER

The motion, *Doc. 8,* is granted. Clayton Thomas is admitted *pro hac vice.*

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

1 May 2025