IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MAXINE SHEPARD                                                                PLAINTIFF

v.                                      4:25-cv-198-DPM

JAMES CLYBURN, Rep. (D-SC), in his
official capacity as Congressional
Representative for the state of South
Carolina; MARK A. MCGRAW, of the Most
Worshipful Prince Hall Grand Lodge of
Arkansas; UNIVERSITY OF MISSOURI,
College of Health Sciences; U.S. DIGITAL
SERVICE (US DOGE Service); and U.S.
DOGE SERVICE TEMPORARY                                                DEFENDANTS
ORGANIZATION

ORDER

Shepard claims that she has been the subject of demonic possession and remote ritualistic human experimentation at the defendants' hands. She has sued a Member of Congress, DOGE, a masonic leader, and the University of Missouri's College of Health Sciences. The University moves to dismiss, arguing a mis-naming, lack of personal jurisdiction, and ineffective service. Shepard has responded. She also moves for more time to complete good service of process on all the defendants.

By 30 May 2025, Shepard must show good cause why her complaint should not be dismissed pursuant to Federal Rule of Civil Procedure 11(c)(3). Her factual allegations of demonic possession and remote human experimentation, *Doc. 1 at 2-6, 8-54*, appear to be fantastic and delusional. *Denton v. Hernandez*, 504 U.S. 25, 32 (1992). A lawsuit must be based on facts supported by evidence that either exists or can be discovered after investigation or discovery. Fed. R. Civ. P. 11(b)(3). Shephard's factual allegations are more than strange; they seem wholly incredible. *Ibid.* That Shepard sincerely believes she is being tormented by the defendants does not suffice given the details she has alleged.

This case is stayed pending the Court's decision on the Rule 11 issue.

So Ordered.

*[signature: DPMarshall Jr.]*
D.P. Marshall Jr.
United States District Judge

1 May 2025