# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MAXINE SHEPARD**  PLAINTIFF

v.  4:25-cv-198-DPM

JAMES CLYBURN, Rep. (D-SC), in his official capacity as Congressional Representative for the state of South Carolina; MARK A MCGRAW, of the Most Worshipful Prince Hall Grand Lodge of Arkansas; UNIVERSITY OF MISSOURI, College of Health Sciences; US DIGITAL SERVICE (US DOGE Service); and US DOGE SERVICE TEMPORARY ORGANIZATION  DEFENDANTS

## JUDGMENT

Shepard's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 May 2025